FILED UNDER SEAL

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION       2025 JAN 21  P 3: 30

| | |
|---|---|
| XIONG LI,<br><br>  Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>  Defendants. | Civil Action No. ~~1:24-CV-~~ 3:25-CV-47 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**
**DOCUMENTS FOR GOOD CAUSE**

Pursuant to Local Civil Rule 5, Plaintiff Xiong Li, by counsel, hereby moves for leave to file the following documents under seal: (1) Verified Complaint Cover Page which discloses Plaintiff's name, (2) Verified Complaint, which discloses Plaintiff's name and account names used by Defendants; (3) Schedule A to the Complaint, which includes a list of Amazon.com account names and identification numbers used by Defendants; (4) Exhibits B-G to the Complaint that name and lists example Defendants; (5) this Motion for Leave to Seal and supporting Memorandum and declaration which includes Plaintiff's name in the title and details of how Defendants monitor and subvert lawsuits, (6) Plaintiff's *Ex Parte* Motion and Memorandum in Support for Entry of a Temporary Restraining Order and Asset Restraining

1

Order (7) Plaintiff's Motion to Limited Expedited Discovery and Order, and (8) Plaintiff's Motion for Service of Process by E-mail and Order, and (9) all accompanying case initiation filings.

Sealing this portion of the docket is necessary to prevent Defendants from learning of these proceedings prior to the execution of the temporary restraining order by Amazon.com Once the temporary restraining order has been served and executed by Amazon.com Plaintiff will move to unseal these documents. In support of its Motion, Plaintiff relies on its Memorandum in Support and the Proposed Order filed herewith.

Date: January 21, 2025

Respectfully submitted,

__/s/__ Erik N. Lund
Erik N. Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*