FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2025 JAN 21 P 3:30

| | |
|---|---|
| XIONG LI,<br><br>**Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>**Defendants.** | Civil Action No. ~~1:24-CV-~~ 3:25-CV-47 |

## DECLARATION OF ERIK N. LUND

I, Erik N. Lund, of Vienna, Virginia, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Verified Complaint, Schedule A, and Exhibits A-G and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at the law firm DNL Zito 1250 Connecticut Avenue, NW, Suite 700, Washington, DC 20036. I have been a member of the bar of the Eastern District of Virginia since 2022.

3. I represent Plaintiff Xiong Li in this civil action.

1

FILED UNDER SEAL

4. Sealing the Complaint, Cover page, this motion, and accompanying documents is necessary to prevent Defendants from learning of these proceedings prior to the execution of a temporary restraining order by Amazon.com. Once the temporary restraining order has been served and executed by Amazon.com, Plaintiff will move to unseal these documents.

5. Xiong Li has a strong interest in preventing Defendants from discovering the existence of this suit. Plaintiff will move for a temporary asset restraint. If the documents identified above are not redacted or filed under seal, Defendants will receive notice that their assets are at risk and will have an incentive to move them beyond the jurisdiction of this and other U.S. courts before they can be restrained.

6. Xiong Li will suffer irreparable harm if Defendants are able to transfer their assets in this manner. Accordingly, Plaintiff has a strong interest in temporarily sealing the above referenced documents, and this interest substantially outweighs the general interest in access to court records.

7. My firm DNL Zito currently represents the Plaintiff in *Thousand Oaks Barrel Co LLC v. The Partnerships, etc.,* Civ. Action No. 1:23-cv-1563 (E.D. Va. Nov. 16, 2023). An example of such transfer of assets occurred multiple times in that case. That case was <u>not</u> filed under seal. Another DNL Zito Attorney, Mr. Ken Sheets, began to receive emails and phone calls from attorneys many of whom were based in China, within days of the complaint going public on PACER.

8. It took approximately three and a half weeks between the date of filing the complaint and the seizure of seller accounts by Amazon.com based on the temporary restraining order. When Mr. Sheets received discovery from Amazon, he found that a number of seller

FILED UNDER SEAL

accounts had sold over $100,000.00 of goods but only had less than $5,000.00 left in their seller accounts by the time the TRO was executed by Amazon.com.

9. Over the course of the lawsuit, we learned there are many China based attorney and US based attorneys representing sellers on Amazon.com. Either the sellers, or their attorneys for them, monitor PACER for any notice a lawsuit against them. This gives them time to withdraw funds from their seller accounts.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of January 2025

*/s/ Erik N. Lund/*

_____
Erik N. Lund