# EXHIBIT B

FILED UNDER SEAL

EXHIBIT B

**SCHEDULE A DEFENDANTS**

| Def. No | Group | Seller Name | ASIN(S) | Seller ID |
|---|---|---|---|---|
| 1 | A | 18FTRabbit | B0D8Q8P59T | A21HAUJ2U1L2GI |
| 2 | A | Jianglachenfenkeji | B0D41Z63X6 | *Not Listed* |
| 3 | A | Kaihe Tec | B0D8Q4Q5R7 | A5PPCEECWVTSW |
| 4 | A | Mivo Direct Support | B0D8FJKLTN<br>B0D41XST7P | A2167PE6XGYW |
| 5 | A | VEEHOO | B0DHH4JHLT<br>B0DHH53FBS | AS8HUKGMGTMNU |
| 6 | A | Vinderfine | B0DNFTG2MR | A326EJH0T6TA01 |
| 7 | A | Xinfucheng | B0D41XST7P | A10YAMTMURD35Q |
| 8 | B | Acymztu store | B0D6NHR58W | A1NBDFB20NVZJ5 |
| 9 | B | ASSOUSN | B0CNLM662P<br>B0D4TRPJPC | A29LDZH43RSBWI |
| 10 | B | Eunchen | B0D2VM72ZD | ADB6LLCEKVO85 |
| 11 | B | Excelsior USA | B0DCFRH9Y1 | A1Y2HVFT1GWBYK |
| 12 | B | FFMT | B0CQLM4P2S | A3BL8RP3YKFBRA |
| 13 | B | Foot2go-Direct | B0D7BLLT45 | A1DAQFPZ73JG9T |
| 14 | B | GHYKL | B0D9XYTH6H<br>B0DPQJCCNJ | A11DHIX2N8PISR |
| 15 | B | HAPPY-OUTDOOR | B0D5B8HJBM<br>B0D5BC1H37<br>B0D9S3J8Z4<br>B0DGPY49RB | A17LUR2NKA7GH7 |
| 16 | B | HMD-well | B0D8ZQL6GX | ATJMSRJ1YUYDT |
| 17 | B | HUQIUHUA | B0D65Z2KX5 | B0D65Z2KX5 |
| 18 | B | IBKINXX HX | | |
| 19 | B | IBKINXX US | B0D59Q8XNN<br>B0DFW9RLNW | A3M8CF1PSVE0AN |
| 20 | B | MILBOPAX | B0D5D4Y9S9 | A32JQIABJ9A3NC |

FILED UNDER SEAL

| | | | | |
|---|---|---|---|---|
| 21 | B | OFDMNY | B0DMNXBMY4 | A1UAKD2AC1P41 |
| 22 | B | Ouvmpe Choice Store | B0D362L2KQ B0D362W5SG | ANIECD46MEOW6 |
| 23 | B | PAWARDO | B0DCL7DNBY | A187Y58CS1RP6R |
| 24 | B | QYMJC | B0DKNYH4P5 | APDWDKTSU06F7 |
| 25 | B | snailsus | B0D9D35R5P | A2C2TFXUNXVQN2 |
| 26 | B | VINLUNM | B0D3V67KPM | AW0ZBDJQ3RBWE |
| 27 | B | WEIDUOMALY | B0D6FPHQK4 | A1DZ9XJA3XQSOC |
| 28 | B | Yanmao123 | B0DHGMTQQM | AWH3RAVARW0QM |
| 29 | C | AMZ NICE STORE | B0DHQKDKFB | A3XDXM5U14Y2I |
| 30 | C | ANJUMY | B0DDQ62JTL | A3G3MKDUM6XDYI |
| 31 | C | BHSuMai | B0CQ81MPKL | A20J5YDGIKCRMX |
| 32 | C | Hjundp LLC | B0DNVRHHST | A1WPZRTRGG8ZOP |
| 33 | C | HongxunTED | B0DHKWB1GX B0DHKX92B5 | A2B2KFSHTQ2823 |
| 34 | C | Innoland Tech | B0CMHZRDCT B0D6RGYJ9Q | A1S7QRZBLGX7AA |
| 35 | C | INNOTOOL | B0D83HLYCR B0D93SY21B B0D925FG4V | A1X8VOOD80990Q |
| 36 | C | KOLINLOV | B0DHVL7186 | A37OT590QEB8VG |
| 37 | C | SEYVUM | B0D5B6877W | AE5W5Y0ZF075J |
| 38 | D | Ant Moving | B0DKSPWLJJ | A1NG9G48191IU3 |
| 39 | E | APDOE | B0DK7JRBJM | A7YCI6Y1Z1CEE |
| 40 | F | Apotheca | B0C2RGX6PF | A1VWJ7A51H2CN3 |
| 41 | F | DINSLIA | B0D3HRK2MD B0D7QMMQHG | A3E1AMGL9AVH7Z |
| 42 | F | DLT-DELOTA | B0CPPQ4S76 | A13O7YY3225PBM |

FILED UNDER SEAL

| | | | | |
|---|---|---|---|---|
| 43 | F | FongZoo | B0BZS61R5H | *Not Listed* |
| 44 | F | KURTEP Direct | B0DG91WMP8 | A2PSP0H8YSO7Y7 |
| 45 | F | Liuxianzhilzh | B0BZPSWSCZ | A1LW2JGRB45WFX |
| 46 | F | LucKing | B0CBBZ5M8M | B0CBBZ5M8M |
| 47 | F | MATSIBORADany | B0CL56ZYYY | A21XNBHIPUL3I0 |
| 48 | F | MAYNOS US | B0CCF8HFVF | A2TE3FGJMH4O2V |
| 49 | F | Ouwancheng | B0D99W3QFQ | A1YL4TJKYI82CQ |
| 50 | F | penglianJJ | B0D4TNQZR1<br>B0DD78L9JK | AU9VVTS7NWZPC |
| 51 | F | SHOUHUO2021 | B0C7N2ST1D | *Not Listed* |
| 52 | F | Taxue Trade | B0CXTDNPG2<br>B0D6FY9NTK | A2GKXJDS5PT4NT |
| 53 | F | WEN HENG STORE | B0D98B6214 | A3OJVIBV4094X9 |
| 54 | F | Xinzhong Vehicle | B0CM381896 | A2JH7OZZEPOH17 |
| 55 | F | Your Own Best Shop | B0BZS61R5H | |
| 56 | F | yuandundianzishangwu | B0D1MZS1FL<br>B0D1N51SX7 | A2FZNZ63CXLUBT |
| 57 | F | Yúnduǒ wū | B0D2NN1T9R | *Not Listed* |
| 58 | G | ENOVN Direct | B0DJQGCYC9 | A2350N058O29H6 |
| 59 | G | GOTAKE | B0CXHMX6LC | A38L2N2VNVMBMI |
| 60 | G | howenity | B0D9BT32CC | A24ZOBI9PC1X75 |
| 61 | G | PerfectIce | B0D9JX93R5 | AYN5C4K0J1W30 |
| 62 | G | Zhusulei | B0DB18PB3P | A228GA4TUJ8BFT |
| 63 | H | bilian | B0D96B6B63 | A2TJTRB283RL82 |
| 64 | I | Bstars US | B0CFQSGBBS | A3G6T9J13ABHB7 |
| 65 | I | HHXRISE | B0CHYPJ365 | A2XLNCK46TZASA |
| 66 | J | Chicken Guard® | B0BZ8PHPPR<br>B0CQ8DGMNF<br>B0CQ8FT8B4 | A1V5NBMYP3NN7B |

FILED UNDER SEAL

| | | | | |
|---|---|---|---|---|
| | | | B0CQ8QHZ3Z B0CVNBWSCS | |
| 67 | K | ETELASE_USA | B0D4KNCN1D | A33H3M5BOGGK1G |
| 68 | K | OGOOSM-US | B0D2TN6QKR B0D2TNBXSK B0D2TNM132 B0D2TR21ZC | AWR4BM4Z92L18 |
| 69 | K | Vasdaren | B0D6YKKVB6 | A1KCQM6KPCXFL8 |
| 70 | L | FoxFocus | B0DHGM3F56 | ASXFIF1JXLBAY |
| 71 | L | YingXianDuanDuanBanGongYongPinDian | B0DP4ZMVG4 | ACX8PDO3JUDK8 |
| 72 | L | CHEN XINJIONG Trading LLC | B0CWXWX52L | *Not Listed* |
| 73 | M | weinimaoyi | B0CWXWX52L | *Not Listed* |
| 74 | N | LBZN-US | B0D6BQ4N33 | AIUUTQAZN7SDD |
| 75 | O | Lefuyuan | B0CJBJ26VY B0CWXVC3WV B0D83CKYXT B0D963J6VL B0D964P6B9 | A1CKOTFB5SN1U0 |
| 76 | O | Xinrongchuangdashangwufuwu | B0CWXWX52L B0D964P6B9 | A2FHHHLREN5HV0 |
| 77 | O | Zeyishangmao | | |
| 78 | P | luoyus | B0DDC87RG8 B0DDPSNTG2 | AFN5KOZCK1Q7K |
| 79 | P | Techcircle | B0DFLZQDGD | AN6M7SV5L3NQG |
| 80 | P | YUXITIA | B0DCV8YGK5 | A3KXAU0PMXAX2C |
| 81 | Q | Mars Explo | B0D5M4H33H B0D61XFQF7 B0DDQ183QL B0DHZW4YG9 | AJFX7N4XDJW8G |
| 82 | R | MASTERFUN Direct | B0BVWBZ31R B0BZVDLTR8 | A1R4ZDTE9N4C3Y |
| 83 | S | muendianzi | B0CNH23X5R | A53CIW20TZX65 |
| 84 | S | NOCTINGALE store | B0D4H8BXWR B0DD3KQPSL | A3AQIGZ9PV5Y30 |
| 85 | T | SHENAN STORE | B0DFYM3RTY B0DKXWBBF2 | A1XTBZS9Y62LZS |