# EXHIBIT C

**Group A**



**Group B**



**Group C**



**Group D**



**Group E**



**Group F**





**Group G**



**Group H**



**Group I**



**Group J**



**Group K**



**Group L**



**Group M**



**Group N**



**Group O**



**Group P**



**Group Q**



**Group R**



**Group S**



**Group T**

