# EXHIBIT D

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. 12,082,559[1] for Schedule A Defendants**
**EXHIBIT D**

Claim elements are shown in the chart below using images of Defendant's accused product. The accused products are "Solar Powered Chicken Coop Doors". The Patented product is illustrated below in Figure 4 and Figure 12 of the 12,082,559 patent:

Automatic Animal Door – 1
First Door Column – 11
Second Door Column – 12
Top Plate – 13
Door Plate – 14
Driving Mechanism – 15
Bottom Plate – 16
Battery – 18
Solar Panel – 19
Connecting Rod – 20
Driving Motor – 152
Gear – 154

FIG. 4

FIG. 12

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing infringement of an exemplary claim of the 12,082,559 patent by Defendants' accused product(s) as identified in the complaint.

FILED UNDER SEAL

| Claim 1 | |
|---|---|
| An automatic animal door, | The Amazon.com sellers page lists a product for sale under their Amazon Seller Information Number, in this example ASIN **B0D8Q8P59T**[2] lists a "Automatic Chicken Coop Door with 3 Modes," which describes an automatic animal door. |

[2] Belonging to Defendant no. 1 of Schedule A

2

FILED UNDER SEAL

| | |
|---|---|
| comprising; | The Accused Products include a first door column, second door column, door plate, and top plate with a driving mechanism, that is located behind the display screen[3].  |
| a first door column as a monolithic construction, | |
| a second door column as a monolithic construction; | |
| a top plate | |
| a door plate, | |
| and a driving mechanism; | |

[3] This current example is listed by an Amazon seller with the **ASIN: B0D6NHR58W** belonging to Defendant no. 8B.

FILED UNDER SEAL

The Accused Products show product sizes to confirm the length and direction of grooves and columns in order to induce consumers to buy a counterfeit version Plaintiff's patented product. The first groove is opposite of the second groove facing inward.[4]



First and second groove

wherein the **first door column** defines a **first groove** extending along a length direction thereof;

the **second door column** is opposite to the **first door column** and is spaced apart from the first door column;

the **second door column** defines a **second groove** extending along a length direction thereof;

the first groove is opposite to the second groove.

---

[4] Defendant 53F

FILED UNDER SEAL

Here, Amazon Seller with **AISN: BOD98B6214**[6] give an illustrative example of how the door plate moves along the first and second groove to close or expose the entrance of the Plaintiff's patented Automatic Animal Door.



wherein the door plate

is disposed between the first door column and the second door column;

a first side of the door plate facing the first door column

is clamped in the first groove;

a second side of the door plate facing the second door column

is clamped in the second groove;

the door plate is moveable along the first groove and the second groove

to close or expose the entrance;

---

[6] Defendant 53F

FILED UNDER SEAL

The below example is from Amazon Seller with ASIN **B0CQ8DGMNF**[7] which specifically references a driving mechanism by using the term "geared motor" and pointing to the top plate of the Plaintiff's patented product, suggesting that the top plate is the source of allowing the door to move along the first and second groove.



| wherein the driving mechanism is disposed on the top plate; |
| the driving mechanism is connected with the door plate |
| to drive the door plate to move along the first groove and second groove; |

---

[7] Defendant 66J

FILED UNDER SEAL

| | |
|---|---|
| wherein the first door column | The below picture is provided by Amazon Seller ASIN **B0DFLZQDGD**[8] which shows the first opening of the top end of the first door column and labelling their counterfeit product as "High quality Aluminum" to induce a shopper to buy the automatic animal door.  |
| defines a first opening communicated with the first groove; | |
| the first opening is defined on the top end of the first door column; | |
| the second door column defines a second opening | |
| communicated with the second groove; | |
| the second opening is defined on the top end of the second door column; | |

[8] Defendant 79P

8

FILED UNDER SEAL

| | |
|---|---|
| wherein the top plate (13) comprises a base plate portion (132), a first limiting portion (114), and a second limiting portion (136) integrally formed; the base plate portion (132) and the door plate (14) are sequentially disposed in a thickness direction of the automatic animal door (1); the first limiting portion (134) is disposed on the top end of the first door column (11), the first limiting portion (134) blocks a portion of the first opening (113); the first limiting portion (134) prevents the first protruding portion (142) from separating from the first groove (111); the second limiting portion (124) is disposed on the top end of the second door column (12); the second limiting portion (124) prevents the second protruding portion from separating from the second groove. | The separate parts of the patented product is further illustrated in Figure 2 of the 12,082,559 patent. Each counterfeit product copies at list one or more of the claims listed in the '559 Patent. The picture next to Figure 2 is an example of an Amazon sellers showing the identical specifications of Plaintiffs product for sale on Amazon Webstore.[9]  |

[9] Defendant 5A.

FILED UNDER SEAL

10