# EXHIBIT E

FILED UNDER SEAL

**Exemplary Chart for U.S. Patent No. 12,082,559[1] for Schedule A Defendants**
**EXHIBIT E**

Claim elements are shown in the chart below using images of Defendant's accused product. The accused products are "Solar Powered Chicken Coop Doors". The Patented product is illustrated below in Figure 4 and Figure 2 of the 12,082,559 patent:

Automatic Animal Door – 1
First Door Column – 11
Second Door Column – 12
Top Plate – 13
Door Plate – 14
Driving Mechanism – 15
Bottom Plate – 16
Battery – 18
Solar Panel – 19
Connecting Rod – 20
Driving Motor – 152
Gear – 154



FIG. 4

FIG. 2

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing infringement of an exemplary claim of the 12,082,559 patent by Defendant's accused product(s) as identified in the complaint.

FILED UNDER SEAL

| Claim 1 | |
|---|---|
| |  |
| An automatic animal door, | |

2



FILED UNDER SEAL

comprising;

a **first door column** as a monolithic construction,

a **second door column** as a monolithic construction;

a **top plate**

a **door plate**,

and a **driving mechanism**;

3

FILED UNDER SEAL



wherein the **first door column** defines a **first groove** extending along a length direction thereof;

the **second door column** is opposite to the **first door column** and is spaced apart from the first door column;

**the second door column** defines a **second groove** extending along a length direction thereof;

the first groove is opposite to the second groove.

4

FILED UNDER SEAL

wherein the top plate is connected with a top end of the first door column

and a top end the second door column;

the top plate, the first door column, and the second door column are connected which define an **entrance**;



Defined entrance

5



FILED UNDER SEAL



wherein the **driving mechanism**

is disposed on the top plate;

the driving mechanism is connected with the door plate

to drive the door plate to move along the first groove and second groove;

7



| wherein the first door column | |
|---|---|
| defines a first opening communicated with the first groove; | |
| the **first opening** is defined on the top end of the first door column; | |
| the second door column defines a second opening communicated with the second groove; | |
| the **second opening** is defined on the top end of the second door column; | |

FILED UNDER SEAL

8

<table>
<tr>
<td>wherein the top plate (13) comprises<br>a base plate portion (132), a first limiting portion (134), and a second limiting portion (136) integrally formed;<br>the base plate portion (132) and the door plate (14) are sequentially disposed in a thickness direction of the automatic animal door (1);<br>the first limiting portion (134) is disposed on the top end of the first door column (11),<br>the first limiting portion (134) blocks a portion of the first opening (113);<br>the first limiting portion (134) prevents the first protruding portion (142) from separating from the first groove (111);<br>the second limiting portion (124) is disposed on the top end of the second door column (12);<br>the second limiting portion (124) prevents the second protruding portion from separating from the second groove.</td>
<td>
First limiting portion
First and second protruding portion</td>
</tr>
</table>