# EXHIBIT F

FILED UNDER SEAL

EXHIBIT F

## SCHEDULE A DEFENDANTS' PATENT INFRINGMENT[1]

[1] Plaintiff provides this exemplary claim chart for the purposes of showing the identical nature of infringement of the 12,082,559 patent by Defendants' accused product(s) as identified in the complaint.

FILED UNDER SEAL

**Defendant No. 1A – 18FTRabbit**





2

FILED UNDER SEAL

**Defendant 2A – Jianglachenfenkeji**





3

FILED UNDER SEAL

**Defendant 3A – Kaihe Tec**





4

FILED UNDER SEAL

**Defendant A4 – Mivo Direct Support**

B0D8FJKLTN

B0D41XST7P





5

FILED UNDER SEAL

**Defendant 6A – Vinderfine**





FILED UNDER SEAL

**Defendant 7A – Xinfucheng**





FILED UNDER SEAL

**Defendant 8B – Acymztu store**





9

FILED UNDER SEAL

**Defendant 9B – ASSOUSN**



B0D4TRPJPC

B0CNLM662P



10

FILED UNDER SEAL

**Defendant 10B – Eunchen**





11

FILED UNDER SEAL

Defendant 11B – Excelsior USA





12

FILED UNDER SEAL

**Defendant 12B – FFMT**





13

FILED UNDER SEAL

**Defendant 13B – Foot2go-Direct**





14

FILED UNDER SEAL

**Defendant 14B – GHYKL**



DIMENSIONS AND EXPANSION

B0DGPY49RB

B0DPQJCCNJ



15

FILED UNDER SEAL

**Defendant 15B – HAPPY-OUTDOOR**



B0D5B8HJBM

B0DGPY49RB



16

FILED UNDER SEAL

**Defendant 16B – HMD-well**





17

FILED UNDER SEAL

**Defendant 17B – HUQIUHUA**





18

FILED UNDER SEAL

**Defendant 18B & 19B - IBKINXX HX / IBKINXX US**



B0D59Q8XNN

B0DFW9RLNW



19

FILED UNDER SEAL

**Defendant 20B – MILBOPAX**





20

FILED UNDER SEAL

**Defendant 21B – OFDMNY**





21

FILED UNDER SEAL

**Defendant 22B – Ouvmpe Choice Store**

**B0D362I2KQ**

**B0D362W5SG**



22

FILED UNDER SEAL

**Defendant 23B – PAWARDO**





23

FILED UNDER SEAL

**Defendant 24B – QYMJC**





24

FILED UNDER SEAL

**Defendant 25B – snailsus**





25

FILED UNDER SEAL

**Defendant 26B – VINLUNM**





26

FILED UNDER SEAL

**Defendant 27B – WEIDUOMALY**





27

FILED UNDER SEAL

**Defendant 28B – Yanmao123**





28

FILED UNDER SEAL

**Defendant 29C – AMZ NICE STORE**





29

FILED UNDER SEAL

**Defendant 30C – ANJUMY**





30

FILED UNDER SEAL

**Defendant 31C – BHSuMai**





31

FILED UNDER SEAL

**Defendant 32C – Hjundp LLC**





32

FILED UNDER SEAL

## Defendant 33C – HongxunTED

**B0DHKWB1GX**

**B0DHKX92B5**





33

FILED UNDER SEAL

## Defendant 34C – Innoland Tech



B0D6RGYJ9Q

B0CMHZRDCT

34

FILED UNDER SEAL

**Defendant 35C – INNOTOOL**



**B0D83HLYCR**
**B0D93SY21B**



35

FILED UNDER SEAL

**Defendant 36C – KOLINLOV**





36

FILED UNDER SEAL

**Defendant 37C – SEYVUM**





37

FILED UNDER SEAL

**Defendant 38D – Ant Moving**





38

FILED UNDER SEAL

**Defendant 39E – APDOE**





39

FILED UNDER SEAL

Defendant 40F – Apotheca Development Group





40

FILED UNDER SEAL

## Defendant 41F – DINSLIA



B0D3HRK2MD

B0D7QMMQHG



41

FILED UNDER SEAL

**Defendant 42F – DLT DELOTA**





42

FILED UNDER SEAL

**Defendant 43F – FongZoo**





43

FILED UNDER SEAL

**Defendant 44F – KURTEP Direct**





44

FILED UNDER SEAL

**Defendant 45F – Liuxianzhilzh**

*Product Size*

Usable for all appropriate-sized chickens and ducks





45

FILED UNDER SEAL

**Defendant 46F – LucKing**





46

FILED UNDER SEAL

**Defendant 47F – MATISBORADany**





47

FILED UNDER SEAL

**Defendant 48F – MAYNOS US**





48

FILED UNDER SEAL

**Defendant 49F – Ouwancheng**





49

FILED UNDER SEAL

**Defendant 50F – penglianJJ**

B0D4TNQZR1

B0DD78L9JK



FILED UNDER SEAL

**Defendant 51F – SHOUHUO2021**





51

FILED UNDER SEAL

**Defendant 52F – Taxue Trade**



B0CXTDNPG2

B0D6FY9NTK

FILED UNDER SEAL

**Defendant 53F – WEN HENG STORE**





53

FILED UNDER SEAL

**Defendant 54F – Xinzhong Vehicle**





54

FILED UNDER SEAL

**Defendant 55F – Your Own Best Shop**





55

FILED UNDER SEAL

**Defendant 56F – yuandundianzishangwu**



B0D1N51SX7

B0D1MZS1FL



56

FILED UNDER SEAL

**Defendant 57F – Yúnduǒ wū**





57

FILED UNDER SEAL

**Defendant 58G – ENOVN Direct**





FILED UNDER SEAL

**Defendant 59G – GOTAKE**





FILED UNDER SEAL

**Defendant 60G – howenity**





60

FILED UNDER SEAL

**Defendant 61G – PerfectIce**





61

FILED UNDER SEAL

**Defendant 62G – Zhusulei**



B0DB18PB3P

B0D4DLY8B3



62

FILED UNDER SEAL

**Defendant 63H – bilian**





FILED UNDER SEAL

Defendant 64I – Bstars US



64

FILED UNDER SEAL

**Defendant 651 – HHXRISE**





65

FILED UNDER SEAL

## Defendant 66J – Chicken Guard



**B0CQ8DGMNF
B0CVNBWSCS**

**B0CQ8FT8B4**

**B0CQ8QHZ3Z
B0BZ8PHPPR**



FILED UNDER SEAL

**Defendant 67K – ETELASE_USA**





67

FILED UNDER SEAL

**Defendant 68K – OGOOSM-US**

**B0D2TNM132**
**B0D2TN6QKR**
**B0D2TNBXSK**
**B0D2TR21ZC**





FILED UNDER SEAL

**Defendant 69K – Vasdaren**





69

FILED UNDER SEAL

**Defendant 70L – FoxFocus**





70

FILED UNDER SEAL

**Defendant 71L –**
**YingXianDuanDuanBanGongYongPinDian**





71

FILED UNDER SEAL

Defendant 72L – CHEN XINJIONG Trading LLC





72

FILED UNDER SEAL

**Defendant 73M – weinimaoyi**



FILED UNDER SEAL

**Defendant 74N – LBZN-US**



74

FILED UNDER SEAL

**Defendant 75O – Lefuyuan**

B0CJBJ26VY

B0D964P6B9



FILED UNDER SEAL

**Defendant 76O - Xinrongchuangdashangwufuwu**





76

FILED UNDER SEAL

**Defendant 77O – Zeyishangmao**





77

FILED UNDER SEAL

**Defendant 78P – luoyus**



B0DDPSNTG2

B0DDC87RG8



78

FILED UNDER SEAL

**Defendant 79P – Techcircle**





FILED UNDER SEAL

**Defendant 80P – YUXITIA**





80

FILED UNDER SEAL

Defendant 81Q – Mars Explo

B0D5M4H33H
B0D61XFQF7
B0DDQ183QL
B0DHZW4YG9





81

FILED UNDER SEAL

## Defendant 82R – MASTERFUN Direct



B0BVWBZ31R

B0BZVDLTR8



82

FILED UNDER SEAL

**Defendant 83S – muendianzi**





FILED UNDER SEAL

**Defendant 84S – NOCTINGALE store**

B0DD3KQPSL
B0D4H8BXWR





84

FILED UNDER SEAL

**Defendant 85T – SHENAN STORE**



