# EXHIBIT G

EXHIBIT G

## AMAZON.COM WEBSTORES

### Defndant 1A – 18FTRabbit – B0D8Q8P59T



Automatic Chicken Coop Door Solar Powered, LCD Display Automatic Chicken Door with Timer, Aluminum Alloy Chicken Door with Remote Control, Charge with Solar Panel & USB

Visit the 18FTRabbit Store

4.5 ★★★★★ ∨   24 ratings

50+ bought in past month

-25% $59.99 ($59.99 / Count)

Typical price $79.99 ⓘ

FREE Returns ∨

**Coupon:** ☐ Apply 10% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | 18FTRabbit |
| **Target Species** | Chicken |
| **Product Dimensions** | 14"L x 10.8"W x 1.3"H |
| **Material** | ABS Plastic, Aluminum |
| **Specific Uses For Product** | Outdoor, Indoor |

**About this item**

☐ Add Prime to get **Fast, Free delivery**   prime

Delivery    Pickup

$59.99 ($59.99 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 12 hrs 9 mins

ⓥ Deliver to Dns 20598

**In Stock**

Quantity: 1 ∨

Add to cart

Buy Now

Ships from   Amazon
Sold by      18FTRabbit
Returns      30-day refund/replacement
Support      Product support included

∨ See more

FILED UNDER SEAL

Defendant 2A – Jianglachenfenkeji – B0D41Z63X6



FILED UNDER SEAL

## Defendant 3A – Kaihe Tec – B0D8Q4Q5R7



Automatic Chicken Coop Door Solar Powered, LCD Display Automatic Chicken Door with Timer & 20M Remote Controls, Aluminum Alloy Chicken Door with Solar Panel Solar Chicken Coop Door Opener

Visit the Kungf Store

3.8 ★★★★☆ ∨   9 ratings

$49⁹⁹ ($49.99 / Pound)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | Kungf |
| **Target Species** | Chicken |
| **Product Dimensions** | 2"L x 2"W x 2"H |
| **Material** | Aluminium Alloy & ABS Plastic |
| **Specific Uses For Product** | Farm, Outdoor |

### About this item

- Solar Powered & TypE-C Charging: No need to worry about power outages or Battery replacement! Our

☐ Add Prime to get **Fast, Free delivery**   prime

Delivery        Pickup

$49⁹⁹ ($49.99 / Pound)

FREE Returns ∨

FREE delivery **Wednesday, January 29**

⦿ Deliver to Drw, 20598

**Only 1 left in stock - order soon.**

[ Add to cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      Kaihe Tec
Returns      30-day return/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

3

FILED UNDER SEAL

## Defendant A4 – Mivo Direct Support - B0D8FJKLTN/ B0D41XST7P



4

FILED UNDER SEAL

## Defendant 5A – VEHOO - B0DHH4JHLT/B0DHH53FBS



5

FILED UNDER SEAL

**Defendant 6A – Vinderfine – B0DNFTG2MR**



6

FILED UNDER SEAL

## Defendant 7A – Xinfucheng – B0D8FJKLTN



7

FILED UNDER SEAL

## Defendant 8B – Acymztu store – B0D6NHR58W



Automatic Chicken Coop Door, Solar Powered Chicken Door with Timer & Light Sensor | Aluminum Weatherproof Coop Door Opener with 5 Modes, Anti-Pinch, USB Charging, Remote

Visit the Acymztu Store

4.3 ★★★★★ ∨  45 ratings

-11% $56⁹⁹ ($56.99 / Count)

Typical price: $63.99 ⓘ

FREE Returns ∨

Sign in to redeem  Save 5%  on 2 select item(s) promo code: UIHBCOQW  Shop items ›

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Size Chart ∨

| Brand | Acymztu |
| --- | --- |
| Target Species | Chicken, Duck, Goose, Rabbit |
| Product Dimensions | 13.78"L x 10.24"W x 2.64"H |
| Material | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| Specific Uses For Product | Chicken Mesh, Poultryhouse, Chicken House, Poultry Farm, Chicken coop |

About this item

- [Solar Powered & USB Charging]  Acymztu automatic

☐ Add Prime to get Fast, Free delivery    prime

Delivery    Pickup

$56⁹⁹ ($56.99 / Count)

FREE Returns ∨

FREE delivery **Monday, January 27**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 4 mins

�figure Deliver to Dm: 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from  Amazon
Sold by    Acymztu store
Returns    30-day refund/replacement
Payment    Secure transaction
∨ See more

☐ Add a gift receipt for easy returns

8

FILED UNDER SEAL

## Defendant 9B – ASSOUSN – B0D4TRPJPC/ B0CNLM662P



Asfrost Automatic Chicken Coop Door Solar Powered Automatic Chicken Door with Timer & Light Sensor, Anti-Pinch, Durable Aluminum Auto Chicken Door, Charge with Solar Panel & USB - Brown

Visit the AsFrost Store

4.3 ★★★★★ ∨   381 ratings

Amazon's Choice

-26% $59.49 ($59.49 / Count)

List Price $79.99 ⓘ

FREE Returns ∨

Coupon: ☐ Apply 10% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color: Brown

$59.49 ($59.49 / Count)    $52.99

**Brand**  AsFrost
**Target Species**  Chicken

☐ Add Prime to get **Fast, Free delivery**  prime

**Delivery**      Pickup

$59.49 ($59.49 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 3 mins

⊙ Deliver to Dns 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from  Amazon
Sold by     ASSOUSN
Returns     30-day refund/replacement
Support     Product support included

∨ See more

☐ Add a gift receipt for easy returns

9

FILED UNDER SEAL

## Defendant 10B – Eunchen – B0D2VM72ZD



10

FILED UNDER SEAL

## Defendant 12B – FFMT – B0CQLM4P2S



Solar Chicken Coop Door, Automatic Chicken Door Solar Powered & USB Charging, Auto Chicken Door 4 Modes with Timer & Light Sensor, Anti-pinch & Alert, Remote, LED Screen, Aluminum Waterproof Coop Door

Visit the Shikha Store

4.2 ★★★★☆ ⌄ 97 ratings

**Amazon's Choice**

50+ bought in past month

-17% $49⁹⁹

List Price: $59.99 ⓘ

FREE Returns ⌄

**Coupon:** ☐ Apply 10% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

Size Chart ⌄

| | |
|---|---|
| Brand | Shikha |
| Target Species | Chicken, Duck, Goose |
| Product Dimensions | 9.6"L x 1.5"W x 13"H |
| Material | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| Specific Uses For Product | Outdoor |

☐ Add Prime to get **Fast, Free delivery**  prime

Delivery    Pickup

$49⁹⁹

FREE Returns ⌄

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 2 mins

�figure Deliver to Dhir 20598

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

Ships from Amazon
Sold by FFMT
Returns 30-day refund/replacement
Support Product support included
⌄ See more

☐ Add a gift receipt for easy returns

12

FILED UNDER SEAL

## Defendant 14B – GHYKL - B0DGPY49RB/ B0DPQJCCNJ



Solar Powered Automatic Chicken Door with Timer & Light Sensor, Anti-Pinch, & Alert, Remote, LED Screen, Auto Chicken Door with 4 Modes Aluminum Waterproof Coop Door (Green)

Brand: Oracchi
4.3 ★★★★★ ∨    203 ratings

**Lowest price in 30 days**

-10% $49.59 ($49.59 / Count)
List Price: $55.00 ⓘ

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color: **Solar Green**

| | |
|---|---|
| $49.59 ($49.59 / Count) | $46.59 ($46.59 / Count) |

| | |
|---|---|
| **Brand** | Oracchi |
| **Target Species** | chicken, duck, goose |
| **Product Dimensions** | 9.5"L x 8.2"W x 1.57"H |
| **Material** | Aluminum |
| **Specific Uses** | Outdoor, Indoor |

Add Prime to get **Fast, Free delivery**

Delivery    Pickup

$49.59 ($49.59 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24** Order within 12 hrs 1 min

ⓘ Deliver to Dns 20598

**In Stock**

Quantity: 1 ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    HAPPY-OUTDOOR
Returns    30-day refund/replacement
Payment    Secure transaction

Add a gift receipt for easy returns

Add to List

14

FILED UNDER SEAL

Defendant 15B – HAPPY-OUTDOOR - B0D5B8HJBM/ B0DGPY49RB



15

FILED UNDER SEAL

## Defendant 17B – HUQIUHUA – B0D65Z2KX5



Automatic Chicken Coop Door Solar Powered Chicken Door with Timer & Light Sensor Aluminum Auto Chicken Coop Door Opener with Remote Control, Battery Operated & 4 Modes (Black Grey)

Visit the KERIDAZPLY Store

4.3 ★★★★☆  ∨  6 ratings

$69⁹⁹ ($69.99 / Count)

FREE Returns ∨

Coupon:  ☐  Apply 15% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau store

| | |
|---|---|
| **Brand** | KERIDAZPLY |
| **Target Species** | Chicken |
| **Product Dimensions** | 13"L x 9.6"W x 1.6"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor |

**About this item**

- TIMER & LIGHT SENSOR: The automatic chicken door is equipped with a timer and natural light sensing technology, which allows it to open and close

Roll over image to zoom in

☐ Add Prime to get Fast, Free delivery    prime

Delivery        Pickup

$69⁹⁹ ($69.99 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 11 hrs 59 mins

◉ Deliver to 0ns 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from    Amazon
Sold by       HUQIUHUA
Returns       30-day refund/replacement
Support       Product support included

∨ See more

17

FILED UNDER SEAL

Defendant 18B & 19B - IBKINXX HX / IBKINXX US - B0D59Q8XNN/ B0DFW9RLNW



18

FILED UNDER SEAL

## Defendant 20B – MILBOPAX – B0D5D4Y9S9



Automatic Chicken Coop Door Solar Powered with 4 Modes, Remote Control for LCD Display Electric Chicken Door, Anti-Pinch Durable Aluminum Alloy Chicken Door, Charge with Solar Panel & USB

Brand: MILBOPAX

5.0 ★★★★★ ∨    1 rating

$88⁹⁹ ($88.99 / Pound)

**Coupon:** ☐ Apply 20% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| Brand | MILBOPAX |
| Target Species | Chicken |
| Product Dimensions | 9.6"L x 1.69"W x 13"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- Solar & USB Save Money And Energy: The automatic chicken coop door opener has a built-in 2000mAh battery. It can be charged not only by solar energy but also by the included USB Type-c cable. You can enjoy the convenience of automatic opening and closing without worrying about the weather, power outages, or difficulty

☐ Add Prime to get **Fast, Free delivery**    prime

**Delivery**    Pickup

$88⁹⁹ ($88.99 / Pound)

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 11 hrs 59 mins

⊘ Deliver to Oh: 20598

**Only 14 left in stock - order soon.**

Quantity: 1    ∨

[ Add to cart ]

[ Buy Now ]

Ships from    Amazon
Sold by    MILBOPAX
Returns    30-day refund/replacement

Payment    Secure transaction
∨ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

Roll over image to zoom in

19

FILED UNDER SEAL

## Defendant 21B – OFDMNY – B0DMNXBMY4



Automatic Chicken Coop Door, LCD Screen Solar Powered Chicken Coop Door with Timer & Light Sensor, Auto Chicken Door 4 Modes, Remote, Anti-Pinch, Aluminum Alloy Chicken Door

Brand OFDMNY

$59⁹⁵ ($59.95 / Count)

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| Brand | OFDMNY |
| Target Species | Pets, Poultry, Chickens, Ducks, Geese |
| Product Dimensions | 13"L x 9.6"W x 25.7"H |
| Material | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| Specific Uses For Product | Outdoor |

### About this item

- Solar Powered & USB Charging: This automatic chicken coop door has a built-in 2000 mAh battery, a large solar panel and a type c cable, which can be powered by solar

$59⁹⁵ ($59.95 / Count)

$10.50 delivery **Tuesday, January 28.** Details

◉ Deliver to Dns 20598

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

| | |
|---|---|
| Ships from | OFDMNY |
| Sold by | OFDMNY |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

aivituvin

**Luxury real estate for your furry friends.**

20

FILED UNDER SEAL

**Defendant 22B – Ouvmpe Choice Store - B0D36212KQ/ B0D362W5SG**



Solar-Powered Waterproof Automatic Chicken coop Door, Made of high-Strength Aluminum, with LCD Display, Remote Control, Timer, and Light Sensor in 4 Modes. (Black)

Brand OUVMPE

4.7 ★★★★★ ∨    7 ratings

$49⁹⁹ ($49.99 / Count)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score

Color: Black

$49.99 ($49.99 / Count)    $49.99 ($49.99 / Count)

Brand          OUVMPE
Target Species Poultry
Product        9.6"L x 1.5"W x 13"H
Dimensions
Material       Acrylonitrile Butadiene Styrene (ABS), Aluminium alliv

Roll over image to zoom in

VIDEO

☐ Add Prime to get Fast, Free delivery    prime

Delivery    Pickup

$49⁹⁹ ($49.99 / Count)

FREE Returns ∨

FREE delivery **Monday, January 27**

⊕ Deliver to Dns 20598

**Only 19 left in stock - order soon.**

Quantity: 1    ∨

Add to cart

Buy Now

Ships from  Amazon
Sold by     Ouvmpe Choice Store
Returns     30-day refund/replacement
Support     Product support included

∨ See more

☐ Add a gift receipt for easy returns

21

FILED UNDER SEAL

## Defendant 23B – PAWARDO – B0DCL7DNBY



Automatic Chicken Coop Door, LCD Display, 5 Modes, Timer & Light Sensor, Solar Powered & Battery Charging Chicken Coop Door, Weatherproof Automatic Chicken Door with Remote Control

Visit the PAWARDO Store

4.5 ★★★★⯨ ∨  18 ratings

50+ bought in past month

**Lowest price in 30 days**

-15% $54.90 ($54.90 / Count)

Typical price: $64.90 ⓘ

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | PAWARDO |
| **Target Species** | Chicken |
| **Product Dimensions** | 9.4"L x 1.6"W x 13"H |
| **Material** | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| **Specific Uses For Product** | Outdoor |

☐ Add Prime to get **Fast, Free delivery**

**Delivery**    Pickup

$54.90 ($54.90 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within **11 hrs 57 mins**

◉ Deliver to Dns 20598

In Stock

Quantity: 1  ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    PAWARDO
Returns    30-day refund/replacement
Support    Product support included

22

FILED UNDER SEAL

## Defendant 24B – QYMJC – B0DKNYH4P5



Automatic Chicken Coop Door
Solar Powered, LCD Display,
Durable Aluminum Alloy Chicken
Door with Timer & Light Sensor
Setting, Remote Control,
Weatherproof, Energy-Saving,
Solar Panel or USB Charging

Visit the Fermonte Store

4.7 ★★★★☆ ∨   10 ratings

**-10%** $57.49 ($57.49 / Count)

Typical price: $63.90 ⓘ

FREE Returns ∨

**Coupon:** ☐ Apply 10% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of
the Amazon Store Card, or see if you pre-qualify with no impact
to your credit bureau score

Color **Orange**

| | |
|---|---|
| **Brand** | Fermonte |
| **Target Species** | Chicken |
| **Product Dimensions** | 9.6"L x 1.7"W x 13"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor, Indoor |

### About this item

- ⸢Solar Powered Chicken Coop Door: It is designed to be

---

☐ Add Prime to get **Fast,
Free delivery**   prime

**Delivery**        Pickup

$57.49 ($57.49 / Count)

FREE Returns ∨

FREE delivery **Saturday,
January 25**

Or fastest delivery **Friday,
January 24** Order within 11 hrs
57 mins

ⓥ Deliver to Dns 20598

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | QYMJC |
| Returns | 30-day refund/replacement |
| Support | Product support included |

∨ See more

☐ Add a gift receipt for easy
returns

23

FILED UNDER SEAL

## Defendant 25B – snailsus - B0D9D35R5P



Solar-Powered Automatic Chicken Coop Door with LCD Display, Featuring 4 Mixed Modes of Timer and Light Sensor, Crafted From Aluminum Alloy and Operable via Remote Control with a 20-Meter Range

Brand: Kerlalu
3.6 ★★★★☆ ∨   4 ratings

$69⁹⁹ ($69.99 / Pound)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Brand** | Kerlalu |
| **Target Species** | Chicken |
| **Product Dimensions** | 13"L x 1.5"W x 9.6"H |
| **Material** | Metal |
| **Specific Uses For Product** | Outdoor |

### About this item

- Solar Powered Chicken Coop Door: The internal 2000mAh battery of the automatic coop door can be powered by a solar panel and can also be charged via a USB-C cable. You can enjoy the convenience of automatic

☐ Add Prime to get **Fast, Free delivery**   prime

**Delivery**    Pickup

$69⁹⁹ ($69.99 / Pound)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 11 hrs 56 mins

◉ Deliver to Dns 20598

**In Stock**

Quantity: 1    ∨

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by      snailsus
Returns      30-day refund/replacement
Support      Product support included

∨ See more

☐ Add a gift receipt for easy

Roll over image to zoom in

24

FILED UNDER SEAL

## Defendant 26B – VINLUNM – B0D3V67KPM



Solar Powered Chicken Coop Door, Automatic Chicken Coop Door Solar Powered with Timer & Light Sensor, Waterproof and Anti-Pinch Design, LCD Display Automatic Chicken Door with Remote Control

Brand VINLUNM
3.5 ★★★★☆ ⌄  4 ratings

-9%  $69.79 ($69.79 / Count)
Typical price $76.88 ⓘ

FREE Returns ⌄

**Coupon:** ☐ Apply 30% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | VINLUNM |
| **Target Species** | Chicken, duck, goose, bird, cat and poultry |
| **Product Dimensions** | 9.6"L x 1.6"W x 13"H |
| **Material** | Aluminum Alloy & ABS Plastic |
| **Specific Uses For Product** | Chicken Coop, Chicken Mesh, Farm, Chicken House, Outdoor & Indoor |

### About this item

- [Solar and USB-C Charging] The solar chicken coop door can not only be powered by solar panels, but also

☐ Add Prime to get **Fast,** Free delivery   prime

**Delivery**    Pickup

$69.79 ($69.79 / Count)

FREE Returns ⌄

FREE delivery **Monday, January 27**

⊘ Deliver to Dhs 20598

**Only 5 left in stock - order soon.**

Quantity: 1 ⌄

[ Add to cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VINLUNM |
| Returns | 30-day refund/replacement |
| Support | Product support included |

⌄ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

Roll over image to zoom in

25

FILED UNDER SEAL

Defendant 27B – WEIDUOMALY – B0D6FPHQK4



26

FILED UNDER SEAL

## Defendant 28B – Yanmao123 – B0DHGMTQQM



Automatic Chicken Coop Door, Solar Chicken Coop Door, LED Display Chicken Door, 4 Modes with Timer & Light Sensor Anti-Pinch Alert, Remote Aluminum Waterproof Run Chicken Automatic Door

Brand: FYRVEXENZI

-19% $56⁰³ ($56.03 / Count)

Typical price: $69.20 ⓘ

FREE Returns ⌄

**Coupon:** ☐ Apply 5% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color: **Black**

| | |
|---|---|
| Brand | **FYRVEXENZI** |
| Target Species | Chickens, ducks, poultry and small animals, etc. |
| Product Dimensions | 9.65"L x 1.69"W x 13"H |
| Material | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| Specific Uses For Product | Indoor、 Outdoor |

**About this item**

☐ Add Prime to get **Fast, Free delivery**    prime

Delivery    Pickup

$56⁰³ ($56.03 / Count)

FREE Returns ⌄

FREE delivery **Saturday, January 25**

Or Prime members get FREE delivery **Thursday, January 23.** Order within 11 hrs 55 mins.
Join Prime

ⓘ Deliver to Dns 20598

**In Stock**

Quantity: 1    ⌄

Add to cart

Buy Now

Ships from    Amazon
Sold by    Yanmao123
Returns    30-day refund/replacement
Support    Product support included

⌄ See more

☐ Add a gift receipt for easy

27

FILED UNDER SEAL

Defendant 29C – AMZ NICE STORE – B0DHQKDKFB



28

FILED UNDER SEAL

## Defendant 30C – ANJUMY - B0DDQ62JTL



Automatic Chicken Coop Door,
Aluminum Automatic Chicken
Door with Battery-Powered, LCD
Display Timer and Anti-Pinch
Feature (Blue)

Brand SENTVE
5.0 ★★★★★ ∨   15 ratings
50+ bought in past month

-20% $39 99 ($39.99 / Count)
List Price: $49.99 ⓘ
FREE Returns ∨

Coupon: ☐ Apply 10% coupon  Terms

Get a $10 Amazon Gift Card instantly upon approval for the
Amazon Store Card. No annual fee

Color: **Blue**

| | |
|---|---|
| **Brand** | SENTVE |
| **Target Species** | Chicken,Duck,Rabbit |
| **Product Dimensions** | 13"L x 9.6"W x 2"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor |

### About this item

- 【Safety-First Electric Design】 At the forefront of
  automatic chicken doors, SENTVE prioritizes safety. Our
  Automatic Coop Door incorporates an anti-pinch feature

☐ Add Prime to get **Fast,**
**Free delivery**                    prime

Delivery          Pickup

$39 99 ($39.99 / Count)

FREE Returns ∨

FREE delivery **Saturday,**
**January 25**

Or Prime members get FREE
delivery **Thursday, January 23.**
Order within 11 hrs 54 mins.
Join Prime

◉ Deliver to Dhn 20598

**In Stock**

Quantity: 1      ∨

        Add to cart

         Buy Now

Ships from   Amazon
Sold by      ANJUMY
Returns      30-day
             refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy
  returns

Roll over image to zoom in

2 videos

FILED UNDER SEAL

## Defendant 31C – BHSuMai – B0CQ81MPKL



Automatic Chicken Coop Door - Aluminum Auto Chicken Coop Opener with Anti-Pinch Sensor, Battery Powered Chicken Door with Smart Timer & LCD Display, Waterproof

Brand: Budsom
3.9 ★★★★☆ ∨   43 ratings
50+ bought in past month

-9% $29⁹⁹
Typical price: $32.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| Brand | Budsom |
| Target Species | Chicken |
| Product Dimensions | 9.6"L x 1.9"W x 12.9"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- **[Anti-Trap Safety Door]** The automatic chicken door has an anti-pinch function with a built-in safety anti-pinch sensor. If the coop door touches a chicken while in the process of closing, the door will immediately lift upwards and remain stationary for 10 seconds. Allow the chickens to safely move away from the door before continuing with the closing procedure. It prevents injury...

☐ Add Prime to get Fast, Free delivery

**Delivery**     Pickup

$29⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ∨

FREE delivery **Saturday, January 25** on orders shipped by Amazon over $35

Or fastest delivery **Friday, January 24**. Order within 11 hrs 53 mins

⊙ Deliver to Dn. 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      BHSuMai
Returns      30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

30

FILED UNDER SEAL

## Defendant 32C – Hjundp LLC – B0DNVRHHST



Automatic Chicken Coop Door, Battery-Powered Aluminum Automatic Chicken Door with Anti-Pinch Feature, Timer and LCD Display

Visit the SHENDER Store

5.0 ★★★★★ ∨    4 ratings

$49⁹⁹ ($49.99 / Count)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

**Brand**          SHENDER

**Target Species**  Chicken, Duck, Goose, Rabbit

**Product Dimensions**  13"L x 2"W x 9.6"H

**Material**        Aluminum

**Specific Uses For Product**  Outdoor

### About this item

- EASE OF USE: Our Automatic Chicken Coop Door merges convenience with functionality, equipped with an integrated LCD screen for effortless setup and management. With this chicken door, simply set your preferred opening and closing times for consistent, accurate results. Forget about the constant need for adjustments; embrace a more streamlined approach to

Roll over image to zoom in

---

☐ Add Prime to get **Fast, Free delivery**    prime

**Delivery**    Pickup

$49⁹⁹ ($49.99 / Count)

FREE Returns ∨

FREE delivery **Monday, January 27**

Or fastest delivery **Friday, January 24**. Order within 11 hrs 53 mins

◉ Deliver to Dmi 20598

**In Stock**

Quantity: 1    ∨

**Add to cart**

**Buy Now**

Ships From    Amazon
Sold by       Hjundp LLC
Returns       30-day refund/replacement
Payment       Secure transaction

☐ Add a gift receipt for easy returns

31

FILED UNDER SEAL

**Defendant 33C – HongxunTED - B0DHKWB1GX/ B0DHKX92B5**



Automatic Chicken Coop Door, Battery Powered Auto Chicken Coop Door with Timer & Manual Mode, Anti-Pinch Sensor, Waterproof Aluminum Chicken Door

Brand ROSTIUTE
4.1 ★★★★☆   12 ratings
100+ bought in past month

$38⁹⁹ ($39.38 / Count)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| Brand | ROSTIUTE |
|---|---|
| Target Species | Chicken |
| Product Dimensions | 10"L x 2.7"W x 13.7"H |
| Material | Aluminium Alloy |
| Specific Uses For Product | Outdoor |

**About this item**

- AA Battery Powered - Our automatic chicken door is powered by batteries, providing stable and reliable performance. It does not require complicated wiring, and

☐ Add Prime to get **Fast, Free delivery**    prime

**Delivery**          Pickup

$38⁹⁹ ($39.38 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 11 hrs 52 mins

◉ Deliver to Dec 20598

**In Stock**

Quantity: 1

[ Add to cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      HongxunTED
Returns      30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

32

FILED UNDER SEAL

**Defendant 34C – Innoland Tech - B0D6RGYJ9Q/ B0CMHZRDCT**



33

FILED UNDER SEAL

**Defendant 35C – INNOTOOL - B0D83HLYCR/ B0D93SY21B**



Automatic Chicken Coop Door with Timer/Manual Mode, Chicken Coop Door | Anti-Pinch | Aluminum Alloy | Large Programmable LCD Screen, Automatic Chicken Door with Low Battery Warning

Brand Yeeke
4.5 ★★★★☆ ∨    386 ratings

$39⁹⁹ ($39.99 / Count)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Size 8.0"L x 2.0"W x 12.5"H

| 10.8"L x 1.6"W x 14.2"H | 8.0"L x 2.0"W x 12.5"H |
|---|---|
| $41.99 | $39.99 |
| ($41.99 / Count) | ($39.99 / Count) |

Color: **Black**

**Brand**              Yeeke

**Target Species**  Chicken

**Product**          8"L x 2"W x 12.5"H
**Dimensions**

**Material**         Aluminum Alloy, Acrylonitrile Butadiene
                     Styrene (ABS)

**Specific Uses**   chicken raising
**For Product**

□ Add Prime to get **Fast,** prime
Free delivery

**Delivery**        Pickup

$39⁹⁹ ($39.99 / Count)

FREE Returns ∨

FREE delivery **Wednesday, January 29**

◉ Deliver to Dns 20598

**Only 3 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      INNOTOOL
Returns      30-day refund/replacement
Payment      Secure transaction

□ Add a gift receipt for easy returns

Add to List

34

FILED UNDER SEAL

## Defendant 36C – KOLINLOV – B0DHVL7186



Automatic Chicken Coop Door, Aluminum Coop Door with Timer/Manual Mode, Anti-Pinch & IPX45 Waterproof Auto Chicken Coop Accessory

Brand KOLINLOV

$35⁹⁹ ($35.99 / Count)

FREE Returns ∨

**Coupon:** ☐ Apply $3 coupon Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

**Brand**            KOLINLOV

**Target Species**   Poultry, Chicken, Duck, Hen

**Product**          12.9"L x 9.6"W x 1.3"H
**Dimensions**

**Material**         Aluminum, Acrylonitrile Butadiene Styrene (ABS)

**Specific Uses**    automatic chicken door for chicken coop
**For Product**

### About this item

- Timer & Manual Mode: Our automatic chicken coop door both supports timer & manual control, you can set up open and close time randomly or you can open and close the door by manually.
- Anti-Pinch Function: The chicken coop automatic door is built-in anti-pinch function,If the door senses chicken or

☐ Add Prime to get **Fast, Free delivery**                    prime

**Delivery**          Pickup

$35⁹⁹ ($35.99 / Count)

FREE Returns ∨

FREE delivery **Monday, January 27**

Or fastest delivery **Friday, January 24**. Order within 11 hrs 51 mins

◉ Deliver to Dru 20598

**In Stock**

Quantity: 1          ∨

[ Add to cart ]

[ Buy Now ]

Ships from  Amazon
Sold by     KOLINLOV
Returns     30-day
            refund/replacement
Support     Product support
            included
∨ See more

☐ Add a gift receipt for easy returns

35

FILED UNDER SEAL

Defendant 37C – SEYVUM – B0D5B6877W



Automatic Chicken Coop Door - SEYVUM Chicken Coop Door Durable & Simple Aluminum Auto Coop Door with Anti-Pinch Sensor, Battery Powered, Smart Timer & LCD Display, Waterproof

Visit the SEYVUM Store

4.3 ★★★★★ ⌄   26 ratings

Amazon's Choice

50+ bought in past month

Lowest price in 30 days

-25% $29.99

Typical price $39.99 ⓘ

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| Brand | SEYVUM |
|---|---|
| Target Species | Chicken |
| Product Dimensions | 9.6"L x 8.5"W x 0.5"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

About this item

☐ Add Prime to get Fast, Free delivery          prime

Delivery          Pickup

$29.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

FREE delivery Monday, January 27 on orders shipped by Amazon over $35

ⓘ Deliver to Dns 20598

Only 1 left in stock - order soon.

Add to cart

Buy Now

Ships from   Amazon
Sold by      SEYVUM
Returns      30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Roll over image to zoom in

VIDEO

36

FILED UNDER SEAL

**Defendant 38D – Ant Moving – B0DKSPWLJJ**



## Automatic Chicken Coop Door with Timer
Brand: Honicol

$99.00

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| Brand | Honicol |
|---|---|
| Color | Black |
| Manufacturer | Honicol |
| Model Name | LF025 |

### About this item
- 【PRECISE TIME MODE】Our chicken coop door utilizes a high-precision timer, automatically opening and closing at preset times, greatly facilitating daily management and ensuring dependable operation in all weather conditions. Additionally
- 【EASY CONFIGURATION】Featuring an integrated LCD screen, our automatic chicken door allows for easy and precise adjustment of opening and closing times

▢ Report an issue with this product or seller

2025 Upgraded New
Automatic Chicken Coop
Door IP65...

$116.00 √prime

Sponsored ⓘ

---

□ Add Prime to get **Fast**, Free delivery | prime

**Delivery**     Pickup

$99.00

FREE Returns ∨

FREE delivery **Monday, January 27**

◎ Deliver to Dns 20598

**Only 11 left in stock - order soon.**

Quantity: 1 ∨

Add to cart

Buy Now

Ships from   Amazon
Sold by     Ant Moving
Returns    30-day refund/replacement
Payment   Secure transaction

□ Add a gift receipt for easy returns

Add to List

Roll over image to zoom in

37

FILED UNDER SEAL

## Defendant 39E – APDOE – B0DK7JRBJM



Automatic Chicken Coop Door Solar Powered, Timer, Light Sensor, Remote Control, Large Size, Anti-Pinch, Waterproof, Aluminum Coop Door, 4 Auto Modes, Comfort Size Chicken Duck Turkey House Door

Visit the Apdoe Store

4.5 ★★★★⯪ ✓   17 ratings

100+ bought in past month

-25% $59⁹⁹ ($59.99 / Count)

List Price: $79.99 ⓘ

FREE Returns ✓

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color: **Deep Blue**

| | |
|---|---|
| $59.99 ($59.99 / Count) | $59.99 ($59.99 / Count) |

**Brand**   Apdoe

**Target Species**   Chicken, Large Chicken, Turkey, Duck, Goose, Rabbit, and Other Poultry

**Product Dimensions**   10.8"L x 1.6"W x 14.3"H

☐ Add Prime to get **Fast, Free delivery**   prime

Delivery     Pickup

$59⁹⁹ ($59.99 / Count)

FREE Returns ✓

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24** Order within **11 hrs 50 mins**

⊙ Deliver to Ohs 20598

In Stock

Quantity: 1

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by      APDOE
Returns      30-day refund/replacement
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

38

FILED UNDER SEAL

Defendant 40F – Apotheca Development Group – B0C2RGX6PF



FILED UNDER SEAL

## Defendant 41F – DINSLIA - B0D3HRK2MD/ B0D7QMMQHG



Automatic Chicken Coop Door - Thickening Aluminum Automatic Chicken Coop Door Battery Powered with Timer LCD Screen - Waterproof Chicken Coop Automatic Door Chicken Coop Accessories

Brand DINSLIA

4.1 ★★★★☆ ∨    21 ratings

$35⁹⁹ ($35.99 / Count)

FREE Returns ∨

**Coupon:** ☐ Apply 5% coupon  Shop items ›  |  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | DINSLIA |
| **Target Species** | Chicken |
| **Product Dimensions** | 9.6"L x 2"W x 12.9"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor, Indoor |

**About this item**

- [Chicken door guarantee the safety] : User said that coop doors that are too thin do not protect

☐ Add Prime to get **Fast, Free delivery**

**Delivery**        Pickup

$35⁹⁹ ($35.99 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 11 hrs 49 mins

◉ Deliver to Dm 20598

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

Ships from    Amazon
Sold by    DINSLIA
Returns    30-day refund/replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

40

FILED UNDER SEAL

## Defendant 42F – DLT DELOTA – B0CPPQ4S76



Roll over image to zoom in

**Automatic Chicken Coop Door, Chicken Coop Door Opener with Timer Control, Battery Powered Automatic Chicken Door, Full Aluminum with LCD Screen**

Visit the DLT-DELOTA Store

$19⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | DLT-DELOTA |
| **Target Species** | Chicken |
| **Product Dimensions** | 10"L x 2.2"W x 13"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor |

### About this item

- ◆ 【Best Protection】The automatic chicken door is designed for long-term use. It is made of high-quality metal which sturdy and durable, and surface oxidation treatment, anti-rust, and anti-corrosion effectively. Especially suitable for protecting poultry against predators and all kinds of weather. There is no wiring or cabling, the chicken coop door is powered by 3 AA batteries (batteries are not included). No complex wiring means a low risk of default.

☐ Add Prime to get Fast, Free delivery

**Delivery**     Pickup

$19⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

FREE delivery **Saturday, January 25** on orders shipped by Amazon over $35

Or fastest delivery **Friday, January 24.** Order within 11 hrs 49 mins

📍 Deliver to Dro 20598

**Only 10 left in stock - order soon.**

Quantity: 1   ⌄

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by   DLT-DELOTA
Returns   30-day refund/replacement
Payment   Secure transaction

☐ Add a gift receipt for easy returns

41

FILED UNDER SEAL

## Defendant 43F – FongZoo – B0BZPSWSCZ



42

FILED UNDER SEAL

## Defendant 44F – KURTEP Direct – B0DG91WMP8



Automatic Chicken Coop Door, Chicken Coop Door Opener with Timer Control, Battery Powered Automatic Chicken Door, Full Aluminum with LCD Screen Water Proof

Visit the KURTEP Store

2.0 ★★☆☆☆ ∨   3 ratings

$19⁹⁹ ($19.99 / Count)

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score

| Brand | KURTEP |
| Target Species | Chicken |
| Product Dimensions | 10"L x 3"W x 16"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- 【Automatic Chicken door】 The automatic chicken door is designed for long-term use. It is made of high-quality metal which sturdy and durable, and surface oxidation treatment, anti-rust, and anti-corrosion effectively.

$19⁹⁹ ($19.99 / Count)

FREE delivery **February 3 - 4**. Details

Or fastest delivery **January 28 - 31**. Details

⊙ Deliver to Dm 20598

**In stock**

Usually ships within 4 to 5 days.

Quantity: 1   ∨

Add to cart

Buy Now

| Ships from | KURTEP Direct |
| Sold by | KURTEP Direct |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

Roll over image to zoom in

43

Defendant 45F – Liuxianzhizh – B0BZPSWSCZ



FILED UNDER SEAL

## Defendant 46F – LucKing – B0CBBZ5M8M



Chicken Coop Door, Automatic Anti-Pinch Designed Chicken Door with Anti-Pinch, Waterproof Chicken Door Opener with Timer Mode, Easy Setup Suitable for A Wide Range of Poultry Nests

Brand TanyLmp
3.5 ★★★★☆ ∨   14 ratings

$59.99

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Brand** | TanyLmp |
| **Target Species** | Chicken |
| **Product Dimensions** | 9"L x 12"W x 1"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor |

### About this item

- 💟 TIMING SETTING: You can manually operate the opening and closing of the chicken coop door; you can also set the time to open and close the door at regular intervals. (We support 24-hour system to set the opening and closing time of the chicken coop door according to the local time - it opens automatically in the morning and closes automatically at night).

- 💟 ANTI-TRAP PROTECTION DESIGN: Our products say goodbye to unreliable light sensor is not affected by

Roll over image to zoom in

☐ Add Prime to get **Fast, Free delivery**

**Delivery**          Pickup

$59.99

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 11 hrs 47 mins

◉ Deliver to Dns 20598

**Only 8 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      LucKing
Returns      30-day refund/replacement
Support      Product support included

∨ See more

☐ Add a gift receipt for easy returns

Add to List

FILED UNDER SEAL



FILED UNDER SEAL

## Defendant 48F – MAYNOS US – B0CCF8HFVF



Automatic Chicken Coop Door, Electric Chicken Door with Timer, Sturdy Aluminum Door, LCD Screen for Programming, Battery-Powered with Low Battery Notification

Brand MAYNOS

2.0 ★★☆☆☆ ∨    54 ratings

$42⁹⁹

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score.

| Brand | MAYNOS |
| --- | --- |
| Target Species | Chicken |
| Product Dimensions | 12.7"L x 9.6"W x 1.95"H |
| Material | Metal |
| Specific Uses For Product | Outdoor |

### About this item

- [EFFORTLESS SETUP] The LCD screen integrated into our automatic chicken coop door makes configuration and adjustment of settings a breeze. You can easily set the opening and closing times with convenience and precision, eliminating the need for guesswork that may be present in other products.

- [DEPENDABLE TIMER MODE] Our reliable timer mode provides precise control over the chicken door's operation. Unlike light sensor mode, which can be

☐ Add Prime to get **Fast,** Free delivery    prime

**Delivery**    Pickup

$42⁹⁹

FREE Returns ∨

FREE delivery **Monday, January 27**

⊚ Deliver to Ohio 20598

**Only 17 left in stock - order soon.**

Quantity: 1    ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    MAYNOS US
Returns    30-day refund/replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

FILED UNDER SEAL

Defendant 49F – Ouwancheng – B0D99W3QFQ



48

FILED UNDER SEAL

## Defendant 50F – penglian.JJ - B0D4TNQZR1/ B0DD78L9JK



Automatic Chicken Coop Door, Chicken Coop Door with Timer,Run Chicken Automatic Door Aluminum IPX3 Weatherproof,3*AA Battery Powered with LCD Display

Brand :shngshlfan

3.8 ★★★★☆ ∨    11 ratings

$35.99 ($35.99 / Count)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

| **Brand** | shngshlfan |
| **Target Species** | Chicken |
| **Product Dimensions** | 9.45"L x 1.97"W x 12.6"H |
| **Material** | Acrylonitrile Butadiene Styrene (ABS) |
| **Specific Uses For Product** | Outdoor, Indoor |

### About this item

- Sturdy and durable: This automatic chicken door is made of high-quality aluminum alloy and professional paint, as well as IPX3 waterproof design, which is durable. It can operate in all weather conditions from -26°C to 60°C, working in snow, rain and dust while protecting your chickens from raccoons, foxes and a variety of predators.
- Quick and easy installation: Install the chicken coop

☐ Add Prime to get **Fast, Free delivery**

**Delivery**    Pickup

$35.99 ($35.99 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 11 hrs 45 mins

◉ Deliver to Dms 20598

### In Stock

Quantity: 1    ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    penglian.JJ
Returns    30-day refund/replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Roll over image to zoom in

49

FILED UNDER SEAL

## Defendant 51F – SHOUHUO2021 – B0C7N2ST1D



Roll over image to zoom in

Automatic Chicken Coop Door Solar Powered Opener with Timer Aluminum Alloy Coops Doors Easy Control Time Auto Mode Manual Poultry Black (Automatic Door (All Parts Included))

Brand: Nisstiiv
3.5 ★★★★☆ ∨    3 ratings

### Currently unavailable.
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Brand** | Nisstiiv |
| **Target Species** | Chicken |
| **Product Dimensions** | 9.65"L x 2"W x 13"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | Outdoor |

### About this item

- 【Waterproof Design】In rainy days, the door can also work perfectly. 【Solid Aluminum Alloy Structure】in the face of fox weasel and other animals do not worry about the safety of the door.
- 【Battery Power + Solar Power】This coop door can be loaded with 3 batteries (batteries included) in this way it

**Currently unavailable.**
We don't know when or if this item will be back in stock.
ⓘ Deliver to Ohio 20598

Add to List

Chicken Coop Outdoor 135" Super Large Wooden Chicken House...
$629⁹⁹

Sponsored ⓘ

50

FILED UNDER SEAL

**Defendant 52F – Taxue Trade - B0CXTDNPG2/ B0D6FY9NTK**



51

FILED UNDER SEAL

## Defendant 53F – WEN HENG STORE – B0D98B6214



Roll over image to zoom in

Automatic Chicken Coop Door,
Anti-Pinch Waterproof Aluminum
Chicken Door Opener with Timer &
Manual Mode,LCD Screen, Battery-
Powered (Brown)

Brand Issufei
2.6 ★★★☆☆ ∨   15 ratings

-26% $19⁹⁹ ($19.99 / Count)
Typical price: $27.00 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of
the Amazon Store Card, or see if you pre-qualify with no impact
to your credit bureau score.

Color: Brown

| | |
|---|---|
| Brand | Issufei |
| Target Species | Chicken |
| Product Dimensions | 9.8"L x 13.11"W x 2.17"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- [Timer Function for Automatic Operation] - Unlike
  other automatic chicken coop door based on light
  sensors, our chicken coop door with built-in timer and
  high-definition LCD display can be set to automatically
  open or close at specific times, providing convenience

□ Add Prime to get Fast,
Free delivery                    prime

Delivery          Pickup

$19⁹⁹ ($19.99 / Count)

Get Fast, Free Shipping with
Amazon Prime
FREE Returns ∨

FREE delivery Tuesday, January
28 on orders shipped by
Amazon over $35

◉ Deliver to Ohio 20598

**Only 15 left in stock - order
soon.**

Quantity: 1          ∨

[ Add to cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      WEN HENG STORE
Returns      30-day
             refund/replacement
Payment      Secure transaction

□ Add a gift receipt for easy
  returns

FILED UNDER SEAL

## Defendant 54F – Xinzhong Vehicle – B0CM381896



Roll over image to zoom in

### Automatic Chicken Coop Door,Electric Auto Coop Door Opener Battery Powered Timer-Controlled Poultry Door with LCD Display,Anti-Pinch Functionality, Waterproof Chicken Coop Door

Brand Bikerid

3.3 ★★★★☆ ∨   6 ratings

$29.99 ($29.99 / Count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| Brand | Bikerid |
| Target Species | Chicken |
| Product Dimensions | 13"L x 2"W x 9.5"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- 【Safety of chickens】 Auto chicken coop door adopts an upgraded version of technology, with excellent design, stable performance, and a protection mechanism. Once auto chicken door opener encounters obstacles, it will automatically stop, which can ensure the safety of chickens. The auto coop door is necessary poultry habitat supplies.

☐ Add Prime to get Fast, Free delivery                    prime

Delivery        Pickup

$29.99 ($29.99 / Count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

FREE delivery Monday, January 27 on orders shipped by Amazon over $35

◉ Deliver to Des 20598

Only 7 left in stock - order soon.

Quantity 1 ∨

Add to cart

Buy Now

Ships from   Amazon
Sold by      Xinzhong Vehicle
Returns      30-day refund/replacement
Packaging    Ships in product packaging
∨ See more

☐ Add a gift receipt for easy returns

53

FILED UNDER SEAL

Defendant 55F – Your Own Best Shop



54

FILED UNDER SEAL

**Defendant 56F – yuandundianzishangwu - B0D1N51SX7/ B0D1MZS1FL**



55

FILED UNDER SEAL

Defendant 57F – Yǔnduǒ wū – B0D2NN1T9R



FILED UNDER SEAL

## Defendant 58G – ENOVN Direct – B0DJQGCYC9



Automatic Chicken Coop Door - Auto Chicken Coop Door with Timer, Sensor, & Remote Control - Smart Poultry Door Opener with Durable Construction - Chicken Coop Supplies & Accessories - Black

Brand: ENOVN

4.3 ★★★★★ ∨    77 ratings

200+ bought in past month

-20% $79⁹⁹ ($79.99 / Count)

List Price: $99.99 ⓘ

FREE Returns ∨

Join Prime to buy this item at $53.99

Coupon: ☐ Apply $10 coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color  Black

Brand  ENOVN

Target Species  Chicken

Product Dimensions  9.65"L x 11.89"W x 13"H

Material  Aluminum, Acrylonitrile Butadiene Styrene (ABS)

Specific Uses For Product  Outdoor

☐ Add Prime to get **Fast, Free delivery**  prime

**Delivery**    Pickup

$79⁹⁹ ($79.99 / Count)

FREE Returns ∨

FREE delivery **January 31 - February 4**

Or fastest delivery **January 30 - February 3**

⊙ Deliver to Dhs 20598

Quantity: 1    ∨

**Add to cart**

**Buy Now**

Ships from  Amazon
Sold by  ENOVN Direct
Returns  30-day refund/replacement
Support  Product support included

∨ See more

☐ Add a gift receipt for easy returns

Add to List

57

FILED UNDER SEAL

## Defendant 59G – GOTAKE – B0CXHMX6LC



Solar Chicken Coop Door -
Automatic Chicken Door Solar
Powered & USB Charging, 4 Modes
Chicken Door with Timer & Light
Sensor, Anti-Pinch & Alert,
Remote, LED Screen, Aluminum
Waterproof Coop Door

Visit the Gotake Store

4.1 ★★★★☆ ∨    41 ratings

$53⁹⁹

FREE Returns ∨

Save 5% on 2 select item(s)  Terms

Apply now and get a $10 Amazon Gift Card upon approval of
the Amazon Store Card, or see if you pre-qualify with no impact
to your credit bureau score

**Brand**  Gotake

**Target Species**  Chicken, duck

**Product
Dimensions**  9.6"L x 1.5"W x 13"H

**Material**  Aluminum, Plastic

**Specific Uses
For Product**  Outdoor, Indoor

### About this item

- [Solar-Powered & Usb-c Charging] Equipped with a
  2000mAh internal battery, our solar chicken coop door

---

☐ Add Prime to get **Fast,
Free delivery**                              prime

Delivery            Pickup

$53⁹⁹

FREE Returns ∨

FREE delivery **Saturday,
January 25**

Or fastest delivery **Friday,
January 24** Order within 12 hrs
26 mins

⊚ Deliver to Dro 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      GOTAKE
Returns      30-day
             refund/replacement

Payment   Secure transaction
∨ See more

☐ Add a gift receipt for easy
  returns

58

FILED UNDER SEAL

## Defendant 60G – howenity – B0D9BT32CC



Solar Chicken Coop Door, Automatic Chicken Coop Door Solar Powered with LED Display, 4 Mixed Modes of Timer and Light Sensor, Aluminum Alloy Auto Solar Chicken Coop Door with Remote Control

Brand Benustra
3.0 ★★★☆☆ ∨   1 rating

$59⁹⁹

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| Brand | Benustra |
| Target Species | 鸡 |
| Product Dimensions | 12.6"L x 9.6"W x 12.6"H |
| Material | 铝合金 |
| Special Feature | Waterproof |

**About this item**

- Durable Aluminum Alloy Construction: The automatic

Add Prime to get **Fast**, Free delivery    prime

Delivery          Pickup

$59⁹⁹

FREE Returns ∨

FREE delivery **Monday, January 27**

◉ Deliver to Dns 20598

**Only 20 left in stock - order soon.**

Quantity: 1         ∨

Add to cart

Buy Now

Ships from  Amazon
Sold by     howenity
Returns     30-day refund/replacement
Payment     Secure transaction

☐ Add a gift receipt for easy returns

59

FILED UNDER SEAL

## Defendant 61G – PerfectIce – B0D9JX93R5



Automatic Chicken Coop Door, Solar Powered Automatic Chicken Door with Timer & Light Sensor, Anti-Pinch Aluminum Chicken Coop Door, Charge with Solar Panel & USB, IP45 Waterproof

Brand: PerfectIce

$39⁹⁹ ($39.99 / Count)

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | PerfectIce |
| **Target Species** | Chicken |
| **Product Dimensions** | 10"L x 2"W x 14"H |
| **Specific Uses For Product** | Outdoor |
| **Special Feature** | Waterproof, Secure, Durable, Eco-Friendly |

### About this item

- Set It & Forget It: Automatic chicken coop door adopts a dependable light sensor and accurate timer to automatically open and close your coop door according to natural light or your time set. No more hassle of repeated care
- Anti-Pinch Design: The solar-powered chicken coop door

☐ Add Prime to get **Fast**, Free delivery   prime

**Delivery**     Pickup

$39⁹⁹ ($39.99 / Count)

FREE delivery **Monday, January 27**

⊙ Deliver to Dhs 20598

**In Stock**

Quantity: 1   ⌄

**Add to cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | PerfectIce |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

60

FILED UNDER SEAL

61

## Defendant 62G – Zhusulei – B0DB18PB3P/ B0D4DLY8B3



Automatic Chicken Coop Door Solar Powered, LCD Display Automatic Chicken Door with Timer & Light Sensor Mix 4Modes, Aluminum Waterproof Coop Door Charge with Solar Panel & USB Remote Control

Visit the Ningnvshi Store

4.4 ★★★★★ ∨  48 ratings

$74.99

FREE Returns ∨

**Coupon:** ☐ Apply 30% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Pattern Name: **Solar Powered**

| Solar Powered | battery powered |
|---|---|
| $74.99 | $54.50 ($54.50 / Count) |

**Brand**  Ningnvshi

**Target Species**  Chicken, duck, goose and other poultry (Weighing less than 10 pounds)

**Product Dimensions**  9.4"L x 1.6"W x 13"H

---

☐ Add Prime to get **Fast,** ~~prime~~
Free delivery

**Delivery**    Pickup

$74.99

FREE Returns ∨

FREE delivery **Monday, January 27**

◉ Deliver to Dns 20598

**Only 14 left in stock - order soon.**

Quantity: 1

[ Add to cart ]

[ Buy Now ]

Ships from  Amazon
Sold by  Zhusulei
Returns  30-day refund/replacement
Support  Product support included

∨ See more

☐ Add a gift receipt for easy returns

FILED UNDER SEAL

## Defendant 63H – bilian – B0D96B6B63



Automatic Chicken Coop Door Opener with Timer, Light Sensor, LCD Screen, Full Aluminum Auto Chicken Door Battery Powered, Waterproof

Visit the HUEOFGP Store

2.4 ★★★☆☆  9 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Brand** | HUEOFGP |
| **Target Species** | Chicken |
| **Product Dimensions** | 10"L x 2.4"W x 15"H |
| **Material** | Aluminum, Acrylonitrile Butadiene Styrene (ABS) |
| **Specific Uses For Product** | Outdoor, Indoor |

### About this item

- 【 Timer and Manual Mode 】: Built-in light sensor, the automatic chicken coop door would detect the light changing and automatically open the door at dawn and close at dusk. With timer and manual mode, you can set the time depend on your own, this smart coop door save your time for poultry breeding.
- 【 Easy Installation & Operation 】: This chicken coop door opener takes less than 5 minutes to install it and no

**Currently unavailable.**
We don't know when or if this item will be back in stock.

⊘ Deliver to Dns 20596

Add to List

Automatic Chicken Coop Door

Automatic Chicken Coop Door, Aluminum Automatic Chicken Doo...
4.2 ★★★★☆ 161
-7% $39.99 $42.99 √prime

Sponsored ⓘ

Roll over image to zoom in

FILED UNDER SEAL

## Defendant 64I – Bstars US – B0CFQSGBBS



Automatic Chicken Coop Door Solar Powered, Mollan Automatic Chicken Door Opener with LCD Screen, Multi-Modes, Waterproof Auto Electric Chicken Door with Timer, Light Sensor, Fit for Home and Farm

Brand: Mollan
3.2 ★★★★☆☆ ∨    7 ratings

$89⁹⁸

FREE Returns ∨

Save 45%   promo code: OUR3863N

Sign in to redeem
Shop items ›

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| Brand | Mollan |
| Target Species | Chicken |
| Product Dimensions | 10.04"L x 1.58"W x 13.58"H |
| Material | Aluminum |
| Specific Uses For Product | auto open & close the door, protect the chicken |

### About this item

- [Solar Automatic Chicken Coop Door-2 Power Options] : Mollan automatic chicken door opener equipped with an separated high transmission solar panel and built-in 2000 mAh rechargable battery, and

**Add Prime to get Fast, Free delivery**   prime

Delivery          Pickup

$89⁹⁸

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 12 hrs 23 mins

⊕ Deliver to Dhs 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      Bstars US
Returns      30-day refund/replacement
Support      Product support included

∨ See more

☐ Add a gift receipt for easy returns

63

FILED UNDER SEAL

## Defendant 651 – HHXRISE – B0CHYPJ365



Automatic Chicken Coop Door, Solar Powered Chicken Door with Timer, Light Sensor, LCD Display, Aluminum Chicken Coop Door Opener with Weatherproof, Multiple Modes, Remote Control, Chicken Accessories

Visit the HHXRISE Store

3.8 ★★★★☆ ∨   39 ratings

-18% $69⁹⁸

List Price: $84.98 ⓘ

FREE Returns ∨

**Coupon:** ☐ Apply 15% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| **Brand** | HHXRISE |
| **Target Species** | Chicken |
| **Product Dimensions** | 14.34"L x 10.43"W x 2.08"H |
| **Material** | Aluminum |
| **Specific Uses For Product** | auto chicken coop door |

**About this item**

- [Automatic Chicken Coop Door] Solar Powered Chicken Door includes a separately configurable timing mode.

☐ Add Prime to get **Fast, Free delivery**

**Delivery**        Pickup

$69⁹⁸

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 23 mins

ⓧ Deliver to Dns 20598

**In Stock**

Quantity: 1  ∨

Add to cart

Buy Now

Ships from  Amazon
Sold by    HHXRISE
Returns    30-day refund/replacement
Support    Product support included

∨ See more

☐ Add a gift receipt for easy returns

64

FILED UNDER SEAL

Defendant 66J – Chicken Guard - B0CQ8DGMNF/ B0CVNBWSCS/ B0CQ8FT8B4/ B0CQ8QHZ3Z/ B0BZ8PHPPR



Automatic Chicken Coop Door Opener, ChickenGuard One in All 4 Colours + Solar Panel Kit, Timer/Light Sensing, Winter Mode, Auto-Stop & Predator Proof, Battery/Electric Compatible (Red)

Visit the Chicken Guard Store

4.1 ★★★★☆ ∨  71 ratings

$169⁹⁸

FREE Returns ∨

Get $10 off instantly: Pay $159.98 upon approval for the Amazon Store Card.

Color: **Red**

| | | | |
|---|---|---|---|
| $169.98 | $169.98 ($169.98 / Count) | $169.98 | $34.98 |

| Brand | CHICKENGUARD |
|---|---|
| Color | Red |
| Material | Aluminum |
| Target Audience | Backyard Chicken Owners, Homesteaders, Geese, Ducks, Poultry Keepers, Chickens |
| Closure Type | Automatic with Safety Sensor |

**About this item**

- Three power options: The new generation of

---

☐ Add Prime to get Fast, Free delivery

$169⁹⁸

FREE Returns ∨

**Delivery Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 21 mins

⊙ Deliver to Dhs 20598

**In Stock**

Quantity: 1 ∨

**Add to cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Chicken Guard® |
| Returns | 30-day refund/replacement |
| Support | Product support included |

∨ See more

☐ Add a gift receipt for easy returns

Add to List

65

FILED UNDER SEAL

## Defendant 67K – ETELASE_USA



**Members get free shipping, streaming & deals** prime

Automatic Chicken Coop Door, LCD Screen Electric Auto Chicken Coop Door with Timer & Manual Mode, Anti-Pinch Chicken Coop Door Opener & Aluminum Waterproof, Battery Powered (Black)

Brand ETELASE
4.1 ★★★★★ ˅ 11

$33⁹⁹ ($33.99 / Count)

✔prime Two-Day
FREE Returns ˅

Thank you for being a Prime member. Get $150 off: Pay $0.00 $33.99 upon approval for Prime Visa

| | |
|---|---|
| **Brand** | ETELASE |
| **Target Species** | Chicken, duck, goose,rabbit and poultry |
| **Product Dimensions** | 13.7"L x 9.9"W x 2.8"H |
| **Material** | ABS Plastic, Alloy Steel, Aluminum |
| **Specific Uses For Product** | Chicken Mesh, Outdoor, Chicken, Indoor, Farm, |

**About this item**

- 【 MODE MODE AND MANUAL MODE】The automatic chicken coop door supports timer mode as well as manual mode. Timer mode allows you to program when the chicken coop door opens and closes on preset schedule, while manual mode allows you to open and close it whenever you want. The LCD display has a straightforward setup interface, making it simple to configure and adjust. Start by setting the exact time on the screen.
- 【SMART ANTI-PINCH CHICKEN COOP DOOR TO PROTECT CHICKEN】The electric chicken door opener's anti-pinch function adds an extra layer of safety, while closing detects resistance, it will bounces for 10 seconds then close again. The chicken auto door opener's anti-pinch function will keep your chickens safe all the time.
- 【WATERPROOF AND DURABLE,Works in Extreme Weather - Operating temperature range: -15°F ~ 122°F (-20°C ~ 60°C) 】The auto hen coop door is made of high quality aluminum alloy with professional spray paint , precision grinding of the gears prolongs the lifespan of metal doors. And is IP44 waterproof, durable and anti-wind. It can work well in extreme weather during rainy,snow ,cloudy and even in temperatures as low as -15°F to 140°F. It is very suitable for indoor and outdoor use and can be used safely for a long time.
- 【PROTECT YOUR CHICKEN-Strong Material - Premium Aluminum Material】The whole chicken

$33⁹⁹ ($33.99 / Count)

✔prime Two-Day
FREE Returns ˅

FREE delivery **Saturday,**
**January 4.** Order within 19 hrs
39 mins

📍 Deliver to Jana - King George
22485

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships From   Amazon
Sold by      ETELASE_USA
Returns      30-day
             refund/replacement
Payment      Secure transaction
˅ See more

☐ Add a gift receipt for easy
   returns

☐ Add to List    ˅

FILED UNDER SEAL

Defendant 68K – OGOOSM-US – B0D2TNM132/ B0D2TN6QKR/B0D2TNBXSK/B0D2TR21ZC



67

FILED UNDER SEAL

## Defendant 69K – Vasdaren – B0D6YKKVB6



Roll over image to zoom in

VIDEO

Automatic Chicken Coop Door
Solar Powered, Aluminum
Automatic Chicken Door with LCD
Display, Anti-Pinch, Timer
Setting Solar Chicken Coop Door
with Remote Control

Brand  Vasdaren
3.9 ★★★★☆ ∨   12 ratings

Currently unavailable.
We don't know when or if this item will be back in stock.

**Brand**              vasdaren

**Target Species**  Chicken

**Product**           15"L x 11"W x 3.9"H
**Dimensions**

**Material**           Metal, Acrylonitrile Butadiene Styrene (ABS)

**Specific Uses**    Outdoor
**For Product**

### About this item

- [Flexible Charging Options]: automatic chicken coop door
  is equipped with a high-capacity rechargeable battery,
  supporting both solar charging and USB Type-C cable
  charging. This dual charging method ensures prolonged
  operation, with a single charge lasting up to 90 days of
  continuous work.

- [Safety Anti-Pinch System]: chicken coop door features
  an automatic on/off design with intelligent anti-pinch
  technology. If resistance is detected during the closing

**Currently unavailable.**
We don't know when or if this
item will be back in stock.
⊘ Deliver to Dru 20598

Add to List

Automatic
Chicken Coop
Door

Aluminum Automatic Chicken Coop
Door with Anti-Pinch Feature...
4.2 ★★★★☆ 161
-7% $39.99 $42.59 √prime

Sponsored ⓘ

68

FILED UNDER SEAL

## Defendant 70L – FoxFocus – B0DHGM3F56



Chicken Coop Door with Anti-Pinch, Automatic Chicken Coop Door with Timer/Manual Mode, Large Programmable LCD Screen, Aluminum Alloy Automatic Chicken Door

Visit the FoxFocus Store

$69⁹⁹ ($69.99 / Count)

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| Brand | FoxFocus |
| --- | --- |
| Target Species | Chicken,Duck,Goose |
| Product Dimensions | 14.95"L x 10.82"W x 1.77"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- TIMING AUTO CHICKEN DOOR: The Chicken coop door built-in timer for automation, making it a breeze to set the door to open or close at specific times. This feature has been especially handy during our trips away from

☐ Add Prime to get Fast, Free delivery   prime

Delivery          Pickup

$69⁹⁹ ($69.99 / Count)

FREE delivery Monday, January 27

◎ Deliver to Dns 20598

In Stock

Quantity: 1   >

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by      FoxFocus
Returns      30-day refund/replacement

Support      Product support included

∨ See more

☐ Add a gift receipt for easy returns

Roll over image to zoom in

69

FILED UNDER SEAL

## Defendant 71L – YingXianDuanBanGongYongPinDian - B0DP4ZMVG4



Roll over image to zoom in

Chicken Coop Door,Al-Alloy With Display,Internal Battery,With Remote Control,Anti-Pinch Protection,Auto Chicken House Door For Chicken,Duck,Goose,Poultry,Weatherpro of

Brand: LMFLXOFD

$120⁹⁹

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

- 【Solar Chicken Coop Door】Equipped with 3 AA lithium batteries, it can be charged by the included solar panel, light sensor and USB-C cable (included). Our automatic chicken coop door is environmentally friendly and intelligent, giving priority to using solar energy as the main energy source.

- 【Smart Opening and Closing Chicken Door】Easily programmable using buttons. The opening and closing time of the chicken door can be freely set within 24 hours according to local time. The large LCD screen shows a clear visual display. Automatically open in the morning and close at night.

- 【Excellent Performance】Intelligent anti-pinch protection, when the built-in sensor detects an obstacle, the automatic door will stop to prevent chickens from getting hurt. Made of high-quality aluminum alloy, professionally spray-painted, sturdy and durable. According to the IPX3 grade waterproof design, it can prevent

$120⁹⁹

$6 delivery March 7 - 18.
Details

Deliver to Dro 20598

**Usually ships within 2 to 3 weeks**

Quantity: 1

Add to cart

Buy Now

Ships from   YingXianDuanBan
             GongYongPinDian
Sold by      YingXianDuanBan
             GongYongPinDian
Returns      30-day
             refund/replacement
Payment      Secure transaction

Add to List

70

FILED UNDER SEAL

## Defendant 72L – CHEN XINJIONG Trading LLC – B0CWXWX52L



Automatic Chicken Coop Door Solar Powered, LCD Display Automatic Chicken Door with Timer & Light Sensor Mix 4Modes, Aluminum Alloy Chicken Door, Range 20M Remote Control Solar Chicken Coop Door

Brand: NyPots

4.4 ★★★★★ ∨    1,595 ratings

Amazon's Choice

500+ bought in past month

**Limited time deal**

-18% $65⁹⁹

Typical price $79.99 ⓘ

FREE Returns ∨

Coupon: ☐ Apply 20% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Size: 9.4"L x 1.6"W x 13.0"H

Color: Blue

$65.99

☐ Add Prime to get Fast, Free delivery    prime

**Lightning Deal**

$65⁹⁹

16% claimed

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 18 mins

◉ Deliver to Ohio 20598

Quantity: 1

**Add to Cart**

○

**Regular Price**

$69⁹⁹

FREE delivery **Saturday, January 25**

Ships from Amazon

Sold by CHEN XINJIONG Trading LLC

71

FILED UNDER SEAL

Defendant 73M – weinimaoyi - B0CWXWX52L



FILED UNDER SEAL

## Defendant 74N – LBZN-US – B0D6BQ4N33



FILED UNDER SEAL

## Defendant 750 – Lefuyuan – B0CJBJ26VV/ B0D9G4P6B9



Automatic Chicken Coop Door Solar Powered, LCD Display Automatic Chicken Door with Timer & Light Sensor, Aluminum Alloy Chicken Door with Remote Control & 4 Modes Automatic Chicken Door Solar

Brand NvPots
4.4 ★★★★☆ ∨  1,395 ratings
500+ bought in past month

**Limited time deal**

-18% $65.99

Typical price $80.99

FREE Returns ∨

Coupon: ☐ Apply 20% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score

Size: 9.4"L x 16"W x 13.0"H

Color: Brown

$65.99    $65.99

**Brand**  NvPots
**Target Species**  Chicken, duck, goose and poultry
**Product**  9.4"L x 16"W x 13"H

☐ Add Prime to get **Fast**, Free delivery

Lightning Deal
$65⁹⁹

10% claimed

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24.** Order within 12 hrs 16 mins

◉ Deliver to Dm 20598

Quantity: 1

**Add to Cart**

**Regular Price**
$69⁹⁹

FREE delivery **Saturday, January 25**

Ships from Amazon
Sold by: CHEN XINJIONG Trading LLC

Add to List

74

FILED UNDER SEAL

Defendant 76O - Xinrongchuangdashangwufuwu – B0CWXWX52L/B0D964P6B9



FILED UNDER SEAL

Defendant 77O – Zeyishangmao – B0D964P6B9



FILED UNDER SEAL

**Defendant 78P – luoyus - B0DDPSNTG2/ B0DDC87RG8**



77

FILED UNDER SEAL

## Defendant 79P – Techcircle – B0DFLZQDGD



Automatic Chicken Coop Door, Solar Chicken Coop Door with Timer and Remote LCD Display Chicken Door Aluminum Alloy Auto Chicken Door Solar Powered Anti Pinch Electric Coop Door, Black

Visit the Techcircle Store

4.1 ★★★★☆ ∨    10 ratings

$69⁹⁹ ($69.99 / Count)

FREE Returns ∨

Coupon:  ☐ Apply 50% coupon  Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| Brand | Techcircle |
| Target Species | Chicken |
| Product Dimensions | 10.82"L x 1.5"W x 14.25"H |
| Material | Aluminum |
| Specific Uses For Product | Outdoor |

### About this item

- Easy Installation: It's very simple to install this solar-

☐ Add Prime to get **Fast, Free delivery**    prime

Delivery    Pickup

$69⁹⁹ ($69.99 / Count)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within **12 hrs 15 mins**

◉ Deliver to Dns 20598    ›

**In Stock**

Quantity: 1    ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    Techcircle
Returns    30-day refund/replacement
Support    Product support included

∨ See more

78

FILED UNDER SEAL

## Defendant 80P – YUXITIA – B0DCV8YGK5



Automatic Chicken Coop Door with Solar Panel Adjustable Four Gears Timer Light Sensor LCD Display Remote Control Convenient Chicken Coop Door Accessories Solar Chicken Coop Door

Visit the Yuxitia Store
5.0 ★★★★★ ∨  1 rating

$64.99 ($64.99 / Pound)

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

| | |
|---|---|
| Brand | Yuxitia |
| Target Species | Chicken |
| Product Dimensions | 10.82"L x 1.77"W x 14.96"H |
| Material | ABS, Aluminium alloy |
| Specific Uses For Product | Outdoor |

### About this item

- Intelligent Light Sensor & Timer: Our automatic chicken coop door is equipped with a built-in timer and advanced

Roll over image to zoom in

☐ Add Prime to get **Fast, Free delivery**

**Delivery** — Pickup

$64.99 ($64.99 / Pound)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 12 hrs 14 mins

◉ Deliver to Dns 20598

**Only 3 left in stock - order soon.**

Quantity: 1

**Add to cart**

**Buy Now**

Ships from  Amazon
Sold by      YUXITIA
Returns      30-day refund/replacement

FILED UNDER SEAL

**Defendant 81Q – Mars Explo - B0D5M4H33H/B0D61XFQF7/B0DDQ183QL/B0DHZW4YG9**



Solar Powered Automatic Chicken Coop Door, LCD Display, Timer & Light Sensor, 20-m Remote Control, Electric Door, 4 Modes, USB Rechargeable Battery, Black

Brand: Mars Explo
4.5 ★★★★★ ∨   40 ratings

$65.99 ($42.03 / Pound)

FREE Returns ∨

Join Prime to buy this item at $55.99

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score

Color: **Black**

| $65.99 ($42.03 / Pound) | $69.99 ($44.58 / Pound) | $65.99 ($42.03 / Pound) |

| **Brand** | Mars Explo |
| **Target Species** | Chicken, duck, goose and other poultry (Weighing less than 10 pounds) |
| **Product Dimensions** | 9.4"L x 1.6"W x 13"H |
| **Material** | Aluminum |
| **Specific Uses** | Outdoor & Indoor Farm Chicken Mesh |

Add Prime to get **Fast, Free delivery**

Delivery    Pickup

**Buy new:**

$65.99 ($42.03 / Pound)

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24** Order within 12 hrs 13 mins

Deliver to Dns 20598

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by      Mars Explo
Returns      30-day refund/replacement
Support      Product support included

80

FILED UNDER SEAL

**Defendant 82R – MASTERFUN Direct - B0BVWBZ31R/ B0BZVDLTR8**



Automatic Chicken Coop Door
NV9V2

Brand MASTERFUN
4.5 ★★★★⯪ ⌄    6 ratings

$79⁹⁹

FREE Returns ⌄
Apply now and get a $10 Amazon Gift Card upon approval of
the Amazon Store Card, or see if you pre-qualify with no impact
to your credit bureau score

| Brand | MASTERFUN |
|---|---|
| Target Species | Chicken |
| Product Dimensions | 9.84"L x 3.94"W x 12.99"H |
| Gap Size | 1.6 Inches |
| Material | Aluminum |

**About this item**
- MASTERFUN Automatic Chicken Coop Door

⟲ Report an issue with this product or seller

2025 Upgraded New
Automatic Chicken Coop
Door IP65...

$116.00 √prime

Sponsored ⓘ

□ Add Prime to get Fast,    prime
Free delivery

Delivery          Pickup

$79⁹⁹

FREE Returns ⌄

FREE delivery Wednesday,
January 29

◉ Deliver to OHs 20598

Only 1 left in stock - order
soon.

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by      MASTERFUN Direct
Returns      30-day
             refund/replacement
Payment      Secure transaction

□ Add a gift receipt for easy
  returns

Add to List

81

FILED UNDER SEAL

## Defendant 83S – muendianzi – B0CNH23X5R



Chicken Coop, Solar Chicken Coop Door, Remote Control Electric Chicken Coop Door with Anti-Trap Design, Aluminum Chicken Coop Door with Timer for Poultry Farms Automatic Chicken Coop Door

Brand Juvihuxy
4.5 ★★★★☆ ∨   11 ratings

$65⁹⁹

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

**Brand**            Juvihuxy
**Target Species**   chickens, geese, ducks or other poultry.
**Product Dimensions**   13.8"L x 10.3"W x 2.8"H
**Material**         Aluminum
**Specific Uses For Product**   Outdoor, Indoor

### About this item

- DURABLE, SAFE DESIGN-Our automatic chicken door has an anti-pinch safety feature to protect your precious chickens. When an obstacle is sensed, the door stops descending, preventing your chickens from any harm. It is made of strong and durable aluminum and ABS material, which is strong enough to keep predators out and ensure

☐ Add Prime to get **Fast**, Free delivery   prime

**Delivery**          Pickup

$65⁹⁹

FREE Returns ∨

FREE delivery **Saturday, January 25**

Or fastest delivery **Friday, January 24**. Order within 12 hrs 11 mins

◉ Deliver to Dns 20598

**In Stock**

Quantity: 1 ∨

Add to cart

Buy Now

Ships from  Amazon
Sold by     muendianzi
Returns     30-day refund/replacement
Support     Product support included
∨ See more

☐ Add a gift receipt for easy returns

FILED UNDER SEAL

## Defendant 84S – NOCTINGALE store – B0DD3KQPSL/ B0D4H8BXWR



Automatic Chicken Coop Door Solar Powered, LCD Display Solar Chicken Coop Door with Timer, 5000mAh Rechargeable Chicken Door, Range 20M Remote Control Automatic Chicken Door

Brand: NOCTINGALE
4.3 ★★★★★ ∨   12 ratings

$59⁹⁸ ($59.98 / Count)

FREE Returns ∨

Sign in to redeem  Up to 15% off  with code R8KA5QVS if you qualify  Shop items ›

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card or see if you pre-qualify with no impact to your credit bureau score

| Brand | NOCTINGALE |
|---|---|
| Target Species | Outdoor & Indoor, Farm, Chicken Mesh, Chicken Coop, Chicken House |
| Product Dimensions | 8.2"L x 2"W x 15"H |
| Material | Aluminium Alloy & ABS Plastic |
| Specific Uses For Product | Outdoor & Indoor, Farm, Chicken Mesh, Chicken Coop, Chicken House |

### About this item

- [Solar Chicken Coop Door] NOCTINGALE automatic

☐ Add Prime to get **Fast,** Free delivery   prime

Delivery    Pickup

$59⁹⁸ ($59.98 / Count)

FREE Returns ∨

FREE delivery **Monday, January 27**

◉ Deliver to Ons 20598

**Only 10 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | NOCTINGALE store |
| Returns | 30-day refund/replacement |
| Support | Product support included |

∨ See more

☐ Add a gift receipt for easy returns

83

FILED UNDER SEAL

## Defendant 85T – SHENAN STORE



Automatic Chicken Coop Door with Camera, Battery Solar Powered, App Timer Remote Control, WiFi Monitor, LCD Large Screen, Aluminum Electric Chicken Coop Door with Anti-Pinch and Anti-Trap Sensor Drive

Brand: KUAX

4.5 ★★★★★ ⌄   63 ratings

-25% $149⁹⁹ ($0.09 / Gram)

List Price $199.99

FREE Returns ⌄

**Coupon:** ☐ Apply $20 coupon   Terms

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card. or see if you pre-qualify with no impact to your credit bureau score

Color: **1080P Camera**

$149.99 ($0.09 / Gram)

1 option from $59.99

$69.99 ($69.99 / Count)

| Brand | KUAX |
| Target Species | Chicken |
| Product Dimensions | 14"L x 9"W x 3"H |
| Material | Acrylonitrile Butadiene Styrene (ABS) |

☐ Add Prime to get Fast, Free delivery   prime

Delivery    Pickup

$149⁹⁹ ($0.09 / Gram)

FREE Returns ⌄

FREE delivery **Monday, January 27**

📍 Deliver to Dns 20598

**In Stock**

Quantity: 1  ⌄

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by   SHENAN STORE
Returns   30-day refund/replacement
Support   Product support included
⌄ See more

☐ Add a gift receipt for easy returns

Add to List

Roll over image to zoom in

84

- 0. Civil Cover Sheet
- 1. Complaint_ChickenDoor-as-filed.pdf
- 2. Exhibit A - 559 Patent.pdf
- 3. EXHIBIT B - Schedule A.pdf
- 4. EXHIBIT C - Groupings Chart.pdf
- 5. EXHIBIT D - General Infringement Chart.pdf
- 6. EXHIBIT E - In-person Parts Chart.pdf
- 7. EXHIBIT F - Identical nature Chart.pdf
- 8. EXHIBIT G - Webstores Chart.pdf
- 9. Notice of Hearing TRO.pdf
- 10. Motion - TRO.pdf
- 11. Memo ISO TRO.pdf
- 12. Proposed Order - TRO.pdf
- 13. Motion for Expedited Disc.pdf
- 14. Waiver of Hearing - Expedited Disc..pdf
- 15. Proposed Order - Expedited Disc.pdf
- 16. Motion for Email Service.pdf
- 17. Proposed Order - Email Service.pdf
- 18. Waiver of Hearing - Email Service.pdf
- 19. Motion to Seal.pdf
- 20. Memo ISO Motion to Seal.pdf
- 21. Lund Declaration.pdf
- 22. Proposed Order - Motion to Seal.pdf
- 23. Waiver of Hearing - Motion to Seal.pdf
- 24. EDVA_ElectronicDeviceApplication_Lund
- 25. Zito Pro Hac.pdf
- 26. PTO Form