

# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jan 21, 2025 3:45PM

DNL ZITO

| Rcpt. No: 100010244 | Trans. Date: Jan 21, 2025 3:45PM | | | Cashier ID: #DE |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200  Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1021 | 01/21/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** New civil case filing fee for 3:25-cv-47 Under Seal v Under Seal

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.