**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **XIONG LI,**<br>　　　　　　　**Plaintiff,**<br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br>　　　　　　　**Defendants.** | **Civil Action No. 3:25-CV-47-DJN** |

**PLAINTIFF'S NOTICE OF ELECTION
TO FOREGO TEMPORARY RESTRAINING ORDER**

Plaintiff has decided not to post a bond at this time and has served the Order for Discovery on Amazon, striking the TRO portion and has instructed Amazon not to suspend any accounts at this time. Plaintiff intends to renew its motion for restraint of sales and for freezing of assets held at Amazon that are limited to the proceeds of each defendant's sale of infringing goods.

Date: February 11, 2025

Respectfully submitted,

　__/s/__ Erik N. Lund
Erik N. Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

1