IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XIONG LI,
    Plaintiff,

v.                                      Civil No. 3:25cv47 (DJN)

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,
    Defendants.

## ORDER
### (Voiding Temporary Restraining Order)

This matter comes before the Court on Plaintiff Xiong Li's Notice to Forego Temporary Restraining Order (ECF No. 20), in which Plaintiff declined to post a security bond. The Court hereby ACKNOWLEDGES Plaintiff's Notice. Pursuant to Federal Rule of Civil Procedure 65(c), "[t]he court may issue a . . . temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." Fed. R. Civ. P. 65. Because Plaintiff declined to post a security bond, the Court hereby ORDERS that the temporary restraining order portion of the Court's February 7, 2025 Order (ECF No. 19) is null and void.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: February 11, 2025