IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

XIONG LI,

                  **Plaintiff,**

v.

                                 **Civil Action No. 3:25-CV-47-DJN**

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

                  **Defendants.**

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Xiong Li, by its undersigned counsel and pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65, hereby moves for a Preliminary Injunction to be heard on February 20, 2025 at 11:30 A.M. in accordance with the Court's Order for a Preliminary Injunction Hearing.

For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court enter a preliminary injunction against the Defendants (listed on Revised Schedule A (DE #15)) of the Verified Complaint to restrain Defendants from moving assets related to the sale of accused infringing products from their Amazon accounts designated for the proceeds derived from the sale of accused infringing products. Plaintiff is not requesting that any other assets of Defendants not held in an Amazon account be disturbed, restrained or otherwise

1

restricted.  Plaintiff is not requesting that any restriction be placed on the sales of Defendants' products, and thus no disruption to Defendants' businesses, only that assets be preserved so that an accounting for damages may be had.

Date: February 13, 2025

Respectfully submitted,

\_\_/s/\_\_Erik N. Lund
Erik N. Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2025, the foregoing Motion for Entry of Preliminary Injunction was filed with the District Court for the Eastern District of Virginia and will be served via e-mail to all Defendants when contact information is provided by Amazon, pursuant to the Court's order for e-mail service. The Court will be notified when service is affected on the Defendants.