IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

XIONG LI,
    Plaintiff,

v.                                             Civil No. 3:25cv47 (DJN)

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,
    Defendants.

## ORDER
**(Rescheduling Preliminary Injunction Hearing)**

This matter comes before the Court on its own initiative. Due to upcoming inclement weather, the Court hereby RESCHEDULES the Preliminary Injunction Hearing in this matter to February 26, 2025, at 10:00 a.m. in Courtroom 6300 of the Richmond Courthouse.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                      /s/
                                                David J. Novak
                                               United States District Judge

Alexandria, Virginia
Dated:  February 17, 2025