**PRELIMINARY SETTLEMENT APPROVAL**
**MINUTE SHEET**                                                    DATE: February 26, 2025

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>XIONG LI<br>v.<br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A | Case No.: 3:25cv00047   (DJN)<br><br>Judge: David J. Novak<br>          United States District Judge<br><br>Court Reporter: Melissa Custis, OCR |

**MATTER ON FOR:**    Preliminary Injunction Hearing

**COUNSEL APPEARANCES:**

**Plaintiff:**   **Erik Lund and Joseph J. Zito**
**Defendant: No counsel present**

## Plaintiff's MOTION FOR Preliminary Injunction – ECF No. 22

Preliminary Injunction Hearing held.   Argument heard. Findings stated from bench – Preliminary Injunction DENIED.   ORDER TO ENTER.

**SET:   10:00**          **BEGAN: 10:06**          **ENDED    10:33**          **Time in Court:   :27**